FORM B104 (08/07)                                                        2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>LEONORA L. DEPTOWICZ and<br>JOHN DENNIS ROBERT DEPTOWICZ | DEFENDANTS<br>GREENPOINT MORTGAGE FUNDING, its assignees<br>and successors; GREEN TREE SERVICING LLC, its assignees<br>and successors; DOE COMPANY 1-5; DOES 1-5, including |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>CHERYL DEPTOWICZ-DIAZ (SBN 250350)<br>DIAZ LAW FIRM, P.O. BOX 1680 WEST COVINA, CA 91793<br>(213) 820-0346 | ATTORNEYS (If Known) |

| PARTY (Check One Box Only) | | PARTY (Check One Box Only) | |
|---|---|---|---|
| ☒ Debtor | ☐ U.S. Trustee/Bankruptcy Admin | ☐ Debtor | ☐ U.S. Trustee/Bankruptcy Admin |
| ☐ Creditor | ☐ Other | ☒ Creditor | ☐ Other |
| ☐ Trustee | | ☐ Trustee | |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
COMPLAINT FOR DECLARATORY RELIEF AND TO REMOVE DEFENDANTS' LIEN
PURSUANT TO 11 U.S.C. § 506(a)

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

| | |
|---|---|
| **FRBP 7001(1) – Recovery of Money/Property**<br>☐ 11-Recovery of money/property - §542 turnover of property<br>☐ 12-Recovery of money/property - §547 preference<br>☐ 13-Recovery of money/property - §548 fraudulent transfer<br>☐ 14-Recovery of money/property - other<br><br>**FRBP 7001(2) – Validity, Priority or Extent of Lien**<br>☒ 21-Validity, priority or extent of lien or other interest in property<br><br>**FRBP 7001(3) – Approval of Sale of Property**<br>☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)<br><br>**FRBP 7001(4) – Objection/Revocation of Discharge**<br>☐ 41-Objection / revocation of discharge - §727(c),(d),(e)<br><br>**FRBP 7001(5) – Revocation of Confirmation**<br>☐ 51-Revocation of confirmation<br><br>**FRBP 7001(6) – Dischargeability**<br>☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims<br>☐ 62-Dischargeability - §523(a)(2), false pretenses, false<br>   representation, actual fraud<br>☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement,<br>   larceny<br><br>**(continued next column)** | **FRBP 7001(6) – Dischargeability (continued)**<br>☐ 61-Dischargeability - §523(a)(5), domestic support<br>☐ 68-Dischargeability - §523(a)(6), willful and malicious injury<br>☐ 63-Dischargeability - §523(a)(8), student loan<br>☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation<br>   (other than domestic support)<br>☐ 65-Dischargeability - other<br><br>**FRBP 7001(7) – Injunctive Relief**<br>☐ 71-Injunctive relief – imposition of stay<br>☐ 72-Injunctive relief – other<br><br>**FRBP 7001(8) Subordination of Claim or Interest**<br>☐ 81-Subordination of claim or interest<br><br>**FRBP 7001(9) Declaratory Judgment**<br>☒ 91-Declaratory judgment<br><br>**FRBP 7001(10) Determination of Removed Action**<br>☐ 01-Determination of removed claim or cause<br><br>**Other**<br>☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.<br>☐ 02-Other (e.g. other actions that would have been brought in state<br>   court if unrelated to bankruptcy case) |

RECEIVED
JUN 17 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand  $ |

Other Relief Sought

FORM B104 (08/07), page 2                                                  2007 USBC, Central District of California

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR<br>LEONORA L DEPTOWICZ and JOHN DENNIS ROBERT DEPTOWICZ | | BANKRUPTCY CASE NO.<br>2:10-bk-27201-EC |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>CENTRAL | DIVISIONAL OFFICE<br>LOS ANGELES | NAME OF JUDGE<br>HON. ELLEN CARROLL |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |

| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>CDeptowicz Diaz | |
|---|---|
| DATE<br>06-17-2010 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>CHERYL DEPTOWICZ-DIAZ (SBN 250756) |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Cheryl Deptowicz-Diaz (SBN 250750)<br>Diaz Law Firm<br>P.O. Box 1680<br>West Covina, CA 91793<br>Tel: (213) 820-0346; Facsimile (800) 343-2957<br><br>*Attorney for Plaintiff* Leonora L. and John Dennis Robert Deptowicz | RECEIVED<br>JUN 17 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY_____ Deputy Clerk |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Leonora L. Deptowicz and<br>John Dennis Robert Deptowicz<br><br>                                    Debtor. | CHAPTER  13<br><br>CASE NUMBER  2:10-bk-27201-EC<br><br>ADVERSARY NUMBER |
|---|---|
| Leonora L. Deptowicz and<br>John Dennis Robert Deptowicz<br>                                    Plaintiff(s).<br><br>                    vs.<br><br>GreenPoint Mortgage Funding, its assignees and successors; Green Tree Servicing LLC, its assignees and successors; DOE Company 1-5; DOES 1-5, inclusive<br>                                    Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF<br>STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: | Time: | Courtroom: | Floor: |
|---|---|---|---|
| ☒  255 East Temple Street, Los Angeles | | ☐  411 West Fourth Street, Santa Ana | |
| ☐  21041 Burbank Boulevard, Woodland Hills | | ☐  1415 State Street, Santa Barbara | |
| ☐  3420 Twelfth Street, Riverside | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

**KATHLEEN J. CAMPBELL**
**Clerk of Court**

By: _____
                        *Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2010 (COA-SA)*

# F 7004-1

Summons and Notice of Status Conference - *Page 2*    **F 7004-1**

| In re | (SHORT TITLE) | CASE NO.: 2:10-bk-27201-EC |
|-------|---------------|---------------------------|
| Leonora L. Deptowicz and John Dennis Robert Deptowicz | Debtor(s). | |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as Complaint for Declaratory Relief and To Remove Defendants' Lien Pursuant to 11 U.S.C. §506(a)                    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 6/17/10 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/17/10 | Cheryl Deptowicz-Diaz (SBN 250750) | *Cheryl Deptowicz-Diaz* |
|---------|-----------------------------------|-------------------------|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)    **F 7004-1**

# SERVICE LIST

Leonora and John Deptowicz
5071 Aldama Street
Los Angeles, CA 90042


The Honorable Ellen Carroll
U.S. Bankruptcy Court – Central District
255 E. Temple Street, Crtrm 1639
Los Angeles, CA 90012

Chapter 13 Trustee, Kathy A. Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017


*Via Certified Mail/Return Receipt Requested*
GreenPoint Mortgage Funding
P.O. Box 84013
Columbus, GA 31908-4013

*Via Certified Mail/Return Receipt Requested*
GreenPoint Mortgage Funding
c/o Agent for Service of Process
CSC Lawyers Incorporating Service
2730 Gateway Oaks Dr., Stw 100
Sacramento, CA 95833

*Via Certified Mail/Return Receipt Requested*
Green Tree Servicing, LLC
7630 South Kyrene Road
Tempe, AZ 85283-8432

*Via Certified Mail/Return Receipt Requested*
Green Tree Servicing, LLC
c/o Agent for Service of Process
818 W. Seventh Street
Los Angeles, CA 90017

Cheryl Deptowicz-Diaz (SBN 250750)
Diaz Law Firm
P.O. Box 1680
West Covina, CA 91793
Telephone (213) 820-0346
Facsimile (800) 343-2957

Attorney for Debtors,
Leonora L. Deptowicz and John Dennis Robert Deptowicz

```
┌─────────────────────────────┐
│          FILED              │
│                             │
│        JUN 17 2010          │
│                             │
│  CLERK U.S. BANKRUPTCY COURT│
│ CENTRAL DISTRICT OF CALIFORNIA│
│ BY              Deputy Clerk│
└─────────────────────────────┘
```

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| *IN RE* | Chapter 13 |
| LEONORA L. DEPTOWICZ and JOHN DENNIS ROBERT DEPTOWICZ | Case No. 2:10-bk-27201-EC |
| Debtor(s) | **COMPLAINT FOR DECLARATORY RELIEF AND TO REMOVE DEFENDANTS' LIEN PURSUANT TO 11 U.S.C. §506(a)** |
| LEONORA L. DEPTOWICZ and JOHN DENNIS ROBERT DEPTOWICZ | |
| Plaintiff(s) | |
| v. | |
| GREENPOINT MORTGAGE FUNDING, its assignees and successors; GREEN TREE SERVICING, LLC, its assignees and successors; DOE COMPANY 1-5; DOES 1-5, inclusive | |
| Defendant(s) | |

## INTRODUCTION

1.     Debtors Leonora L. Deptowicz and John Dennis Robert Deptowicz ('Debtors' or 'Plaintiffs') herein bring this adversary complaint for declaratory relief and to remove Defendants' lien pursuant to 11 U.S.C. §506(a).

---

-1-

**COMPLAINT FOR DECLARATORY RELIEF AND TO REMOVE DEFENDANTS' LIEN PURSUANT TO 11 U.S.C. §506(a)**

## JURISDICTION

2.     This adversary proceeding arises out of and is related to the above-captioned Chapter 13 case of Debtors filed in the above-entitled court on April 30, 2010, Case No. 2:10-bk-27201-EC.  As such, this Court has jurisdiction over these proceedings pursuant to 28 U.S.C. §1334(a), which provides that the District Court shall have original and exclusive jurisdiction of all cases and proceedings under Title 11 28 U.S.C. §157(a), which in turn authorizes the District Courts to refer all Title 11 cases and proceedings to the bankruptcy judges for the district. Additionally, General Order No. 266, as amended from time to time, may transfer all Title 11 cases and proceedings to the bankruptcy judges for the Central District of California.

3.     Defendants herein have a claim against Plaintiffs, as defined by 11 U.S.C. §101(5). This Complaint, as set forth herein, involves the determination of the secured status of said claim pursuant to 11 U.S.C. §06, and as such, constitutes a "core" proceeding pursuant to 28 U.S.C. §157(b)(2).

4.     Venue for this adversary proceeding is proper pursuant to 28 U.S.C. §1409(a) in that the instant proceeding is related to the case under 11 U.S.C. before this Court.

## GENERAL ALLEGATIONS

5.     Plaintiffs, Leonora L. Deptowicz and John Dennis Robert Deptowicz, are the owners of record, or have an equitable ownership in the real property commonly known as 5071 Aldama Street, Los Angeles, CA 90042 ("the subject property"). Plaintiffs reside in the subject property.

6.     As of the date of the filing of the Chapter 13 bankruptcy case herein, the subject property had a fair market value of approximately between $290,000 based on a certified appraisal report prepared on October 2, 2009, and $279,000 based on a certified appraisal report prepared on May 6, 2010.  A true and correct copy of the October 2, 2009 Certified Appraisal Report is attached hereto as **Exhibit "A"** and is incorporated by this reference as though fully set forth herein.  A true and correct copy of the May 6, 2010 Certified Appraisal Report is attached hereto as **Exhibit "B"** and is incorporated by this reference as though fully set forth herein.

**COMPLAINT FOR DECLARATORY RELIEF AND TO REMOVE DEFENDANTS' LIEN PURSUANT TO 11 U.S.C. §506(a)**

7.    As of the filing of the Chapter 13 bankruptcy case herein, the liens on this property, in order of priority, were as follows:  A First Deed of Trust in favor of BAC Home Loans Servicing, LP in the amount of $367,353.00, and a Second Deed of Trust in favor of GreenPoint Mortgage Funding, and its loan servicer, Green Tree Servicing LLC, in the amount of $88,839.84.  A true and correct copy of Plaintiffs' Schedule D are attached hereto as **Exhibit "C"** and is incorporated by this reference as though fully set forth herein.

## CLAIM FOR RELIEF

### [To Determine Defendants' Claim to be Entirely Unsecured
### and To Remove Lien Pursuant to 11 U.S.C. §506(a)]

8.    Plaintiffs re-allege and incorporate by reference each and every allegation contained in Paragraphs 1 through 7, inclusive, as though fully set forth herein.

9.    Pursuant to 11 U.S.C. §506(a), the Second Deed of Trust in favor of Defendant, GreenPoint Mortgage Funding, and its loan servicer, Defendant, Green Tree Servicing LLP, was, as of the filing of the Chapter 13 bankruptcy case herein, entirely unsecured in that the lien having priority over that of GreenPoint Mortgage Funding/Green Tree Servicing LLP's amount is more than the fair market value of the property at the time of the commencement of the case.

10.    11 U.S.C. §506 reads, in pertinent part as follows:

(a) An allowed claim of a creditor secured by a lien on property in which the estate has an interest…is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property…and is an unsecured claim to the extent that the value of such creditor's interest…is less than the amount of such allowed claim.

Such value shall be determined in light of the purpose of the valuation and the proposed disposition or use of such property, and in conjunction with any hearing on such disposition or use or on a plan affecting such creditor's interest.

(b) To the extent that a lien secures a claim against the debtor that is not an allowed secured claim, such a lien is void"

11 U.S.C. §506.

**COMPLAINT FOR DECLARATORY RELIEF AND TO REMOVE DEFENDANTS' LIEN PURSUANT TO 11 U.S.C. §506(a)**

11.     Therefore, pursuant to controlling Ninth Circuit law, the lien of Defendant, GreenPoint Mortgage Funding, and its loan servicer, Green Tree Servicing LLC, is completely unsecured, may be treated as unsecured in Plaintiffs' Chapter 13 Plan, and may be removed.

12.     As a result of the foregoing, Plaintiffs allege they are entitled to an order from the Court removing the lien of Defendant, GreenPoint Mortgage Funding, and its loan servicer, Green Tree Servicing LLC, against Plaintiffs' residential property and declaring that its Second Deed of Trust is of no further force and effect as a secured lien against Plaintiffs' subject property pursuant to 11 U.S.C. §506(a).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray the Honorable Court enter the following orders and make the following findings:

1)     That the lien of Defendant, as described above, be determined to be completely unsecured and void, and that said purported lien is not a lien on Debtors' real property as described above;

2)     That a judgment be entered in favor of Plaintiffs and against Defendant removing the lien created by the Second Deed of Trust in favor of Defendant, GreenPoint Mortgage Funding, and its loan servicer, Green Tree Servicing LLC;

3)     For such other and further relief as the Honorable Court deems just and proper.


Dated:   June _17_, 2010                    Respectfully submitted,


                                            _Deptowicz Diaz_
                                            Cheryl Deptowicz-Diaz (SBN 250750)
                                            Attorney for Debtors, Leonora L. Deptowicz and
                                            John Dennis Robert Deptowicz


---

－ 4 －

**COMPLAINT FOR DECLARATORY RELIEF AND TO REMOVE DEFENDANTS' LIEN PURSUANT
TO 11 U.S.C. §506(a)**

# October 2, 2009 Certified Appraisal Report

# Exhibit "A"



**APPRAISAL OF REAL PROPERTY**

**LOCATED AT:**
5071 ALDAMA ST
HIGHLAND PARK HEIGHTS TRACT LOT 32
LOS ANGELES, CA  90042-3220

**FOR:**
LEONORA DEPTOWICZ
5071 ALDAMA ST. LOS ANGELES, CA. 90042

**AS OF:**
OCTOBER 2, 2009

**BY:**
GIL DE GUZMAN
P.O. BOX 65096 LOS ANGELES, CA. 90065
(323)255-5355

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| Subject Address | 5071 ALDAMA ST | |
| Legal Description | HIGHLAND PARK HEIGHTS TRACT LOT 32 | |
| City | LOS ANGELES | |
| County | LOS ANGELES | |
| State | CA | |
| Zip Code | 90042-3220 | |
| Census Tract | 1835.10 | |
| Map Reference | 595/B2 | |

| SALES PRICE | | |
|---|---|---|
| Sale Price | $ N/A | |
| Date of Sale | N/A | |

| CLIENT | | |
|---|---|---|
| Borrower/Client | LEONORA DEPTOWICZ | |
| Lender | LEONORA DEPTOWICZ | |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| Size (Square Feet) | 1,174 | |
| Price per Square Foot | $ | |
| Location | AVERAGE | |
| Age | 87/1922 | |
| Condition | AVERAGE | |
| Total Rooms | 7 | |
| Bedrooms | 3 | |
| Baths | 2 | |

| APPRAISER | | |
|---|---|---|
| Appraiser | GIL DE GUZMAN | |
| Date of Appraised Value | OCTOBER 2, 2009 | |

| VALUE | | |
|---|---|---|
| Final Estimate of Value | $ 290,000 | |

File No. 1540-2009| Page #5

# Uniform Residential Appraisal Report

DEPTOWICZ
File # 1540-2009

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| Property Address 5071 ALDAMA ST | City LOS ANGELES | State CA | Zip Code 90042-3220 |
|---|---|---|---|

**SUBJECT**

Borrower LEONORA DEPTOWICZ   Owner of Public Record LEONORA DEPTOWICZ   County LOS ANGELES

Legal Description HIGHLAND PARK HEIGHTS TRACT LOT 32

Assessor's Parcel # 5469-007-017   Tax Year 2008   R.E. Taxes $ 5,165.07

Neighborhood Name HIGHLAND PARK   Map Reference 595/B2   Census Tract 1835.10

Occupant ☒ Owner ☐ Tenant ☐ Vacant   Special Assessments $ 0   ☐ PUD   HOA $ ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) CLIENT RQUEST

Lender/Client LEONORA DEPTOWICZ   Address 5071 ALDAMA ST, LOS ANGELES, CA 90042

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s).   NO LISTING WAS AVAILABLE IN THE MLS

**CONTRACT**

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ N/A   Date of Contract N/A   Is the property seller the owner of public record? ☒ Yes ☐ No Data Source(s) NDC,DATAQUICK

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

**NEIGHBORHOOD**

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % |
|---|---|---|---|---|---|---|---|---|
| Location ☒ Urban ☐ Suburban ☐ Rural | | | Property Values ☐ Increasing ☐ Stable ☒ Declining | | | PRICE $ (000) | AGE (yrs) | One-Unit 80 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | 200 Low 30 | | 2-4 Unit 10 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 500 High 110 | | Multi-Family 5 % |
| | | | | | | 300 Pred. 55 | | Commercial 5 % |
| | | | | | | | | Other % |

Neighborhood Boundaries   SUBJECT IS BOUNDED BY YORK BLVD. IN THE NORTH, AVENUE 54 IN THE EAST, EAGLE ROCK BLVD. IN THE WEST AND FIGUEROA ST. IN THE SOUTH.

Neighborhood Description   SUBJECT PROPERTY IS LOCATED IN THE AREA CALLED NORTHRIDGE, CONSISTING OF PREDOMINANTLY SINGLE FAMILY RESIDENCE; VARYING IN AGE, SIZE AND ARCHITECHURAL DESIGNS. PUBLIC SERVICES ARE LOCATED WITHIN THE SURROUNDING NEIGHBORHOOD. EASY FRWY AND METRO LINK ACCESS. PARK AND CAL STATE NORTHRIDGE IS CLOSED BY.

Market Conditions (including support for the above conclusions)   A RELATIVELY STABLE MARKET EXIST IN THE AREA. BOTH SUPPLY AND DEMAND ARE IN BALANCE. ECONOMIC CONDITIONS FAVOR CONVENTIONAL FINANCING. AFFORDABLE INTEREST RATES WITH SOME CONCESSIONS IN THE FORM OF NON-RECURRING CLOSING COST WHOSE IMPACT IS MINIMAL. STABLE MARKET CONDITIONS AND IMPROVE ECONOMIC ACTIVITY HAVE

**SITE**

| Dimensions SEE PLAT MAP | Area 4,800 | Shape RECTANGULAR | View NONE |
|---|---|---|---|

Specific Zoning Classification LAR1   Zoning Description SINGLE FAMILY RESIDENCE

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No   If No, describe

| Utilities Public Other (describe) | | Public Other (describe) | | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|
| Electricity ☒ | | Water ☒ | | Street ASPHALT | ☒ | |
| Gas ☒ | | Sanitary Sewer ☒ | | Alley NONE | ☒ | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 06037/1375F   FEMA Map Date 9/26/2008

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No   If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No   If Yes, describe

NO APPARENT ADVERSE EASEMENT OR ENCROACHMENT WERE NOTED. NORMAL UTILITY EASEMENT FOR ELECTRIC AND TELEPHONE.

**IMPROVEMENTS**

| General Description | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☐ Concrete Slab ☒ Crawl Space | Foundation Walls CONCRETE/AVG | Floors CRPT/TILE/AVG + |
| # of Stories ONE | ☐ Full Basement ☐ Partial Basement | Exterior Walls WOOD/AVG | Walls DRYWALL/AVG. |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area N/A sq.ft. | Roof Surface SHINGLE/AVG. | Trim/Finish PAINT/AVG. |
| ☒ Existing ☐ Proposed ☐ Under Const | Basement Finish N/A % | Gutters & Downspouts ADEQ/OVNHG | Bath Floor TILES/AVG.+ |
| Design (Style) CRAFTSMAN | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type SLD/ALM | Bath Wainscot TILES/AVG.+ |
| Year Built 1922 | Evidence of ☐ Infestation NONE | Storm Sash/Insulated NONE | Car Storage ☐ None |
| Effective Age (Yrs) 30 | ☐ Dampness ☐ Settlement | Screens YES | ☒ Driveway # of Cars 2 |
| Attic ☐ None | Heating ☐ FWA ☐ HWBB ☐ Radiant | Amenities ☐ Woodstove(s) # | Driveway Surface CONCRETE |
| ☐ Drop Stair ☐ Stairs | ☒ Other WALL Fuel GAS | ☐ Fireplace(s) # ☒ Fence | ☒ Garage # of Cars 1 |
| ☐ Floor ☒ Scuttle | Cooling ☐ Central Air Conditioning | ☐ Patio/Deck ☐ Porch | ☐ Carport # of Cars |
| ☐ Finished ☐ Heated | ☒ Individual WALL ☐ Other | ☐ Pool ☐ Other | ☐ Att. ☒ Det. ☐ Built-in |

Appliances ☒ Refrigerator ☒ Range/Oven ☐ Dishwasher ☒ Disposal ☒ Microwave ☒ Washer/Dryer ☐ Other (describe)

Finished area above grade contains:   7 Rooms   3 Bedrooms   2 Bath(s)   1,174 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).   DINING ROOM, WALL HEATING AND WALL AIR CONDITIONING, NEW BEDROOM AND BATHROOM ADDITION AND 1 CAR GARAGE CONVERTED INTO A 1 ROOM STUDIO.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   NORMAL DEPRECIATION ASSOCIATED WITH THE AGE AND CONDITIONS OF IMPROVEMENTS. THERE WAS NO FUNCTIONAL OR EXTERNAL INADEQUACIES NOTED AT THE TIME OF INSPECTION. SUBJECT PROPERTY IS IN "AVERAGE+" CONDITION.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No   If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No   If No, describe

THE SUBJECT CONFORMS TO THE NEIGHBORHOOD IN FUNCTIONAL UTILITY, STYLE, USE AND CONSTRUCTION.

Freddie Mac Form 70 March 2005   Page 1 of 6   Fannie Mae Form 1004 March 2005

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Uniform Residential Appraisal Report

DEPTOWICZ
File # 1540-2009

There are   16   comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 121,250   to $ 579,000
There are   114   comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 105,000   to $ 554,000

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 5071 ALDAMA ST | 5335 ALDAMA ST. | | 5238 LINCOLN AVE. | | 4835 LINCOLN AVE. | |
| | LOS ANGELES, CA 90042-3220 | LOS ANGELES, CA 90042 | | LOS ANGELES, CA 90042 | | LOS ANGELES, CA 90042 | |
| Proximity to Subject | | 0.28 miles E | | 0.50 miles NE | | 0.68 miles NW | |
| Sale Price | $ N/A | | $ 270,000 | | $ 330,000 | | $ 245,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 242.81 sq.ft. | | $ 316.70 sq.ft. | | $ 254.15 sq.ft. | |
| Data Source(s) | | NDC/DQ/MLS#22127766 16 DOM | | NDC/DQ/MLS#12127064 14 DOM | | NDC/DQ/MLS#09357825 9 DOM | |
| Verification Source(s) | | APN#5469-027-006 REO | | APN#5478-008-004 SHORT SALE | | APN#5477-003-027 REO | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | CONVENTIONAL | | CONVENTIONAL | | FHA FIXED | |
| Concessions | | DOC#1305335 | | DOC#324142 | | DOC#1016091 | |
| Date of Sale/Time | | 08/25/2009 | | 08/28/2009 | | 07/07/2009 | |
| Location | AVERAGE | AVERAGE | | AVERAGE+ | -10,000 | AVERAGE+ | -10,000 |
| Leasehold/Fee Simple | Fee Simple | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 4,800 | 6500 | -1,700 | 5400 | | 5200 | |
| View | NONE | NONE | | NONE | | NONE | |
| Design (Style) | CRAFTSMAN | CRAFTSMAN | | CRAFTSMAN | | CRAFTSMAN | |
| Quality of Construction | AVERAGE | SIMILAR | | AVERAGE | | AVERAGE | |
| Actual Age | 87/1922 | 98/1911 | | 89/1920 | | 89/1920 | |
| Condition | AVERAGE | BELOW AVG. | +10,000 | AVERAGE+ | -15,000 | EQUAL | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 7   3   2 | 6   2   1 | +15,000 | 7   3   1 | +5,000 | 6   3   2 | |
| Gross Living Area | 1,174 sq.ft. | 1,112 sq.ft. | 0 | 1,042 sq.ft. | +9,900 | 964 sq.ft. | +15,750 |
| Basement & Finished | N/A | N/A | | N/A | | N/A | |
| Rooms Below Grade | N/A | N/A | | N/A | | N/A | |
| Functional Utility | AVERAGE | SIMILAR | | SIMILAR | | SIMILAR | |
| Heating/Cooling | WALL/WALL | WALL/NONE | | WALL/NONE | | WALL/WALL | |
| Energy Efficient Items | INSULATION | INSULATION | | INSULATION | | INSULATION | |
| Garage/Carport | 1 CAR GARAGE | 2 CARPORT | +3,000 | 1 CAR GARAGE | | 1 CAR GARAGE | |
| Porch/Patio/Deck | PORCH | PORCH | | PORCH | | PORCH | |
| FIREPLACE | NO FIREPLACE | NO FIREPLACE | | FIREPLACE | -3,000 | NO FIREPLACE | |
| Net Adjustment (Total) | | ☒ +   ☐ - | $ 26,300 | ☐ +  ☒ - | $ -13,100 | ☒ +  ☐ - | $ 5,750 |
| Adjusted Sale Price | | Net Adj.   % | | Net Adj.   % | | Net Adj.   % | |
| of Comparables | | Gross Adj.   % | $ 296,300 | Gross Adj.   % | $ 316,900 | Gross Adj.   % | $ 250,750 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   NDC, DATAQUICK
My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   NDC, DATAQUICK
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 05/04/2006 | 08/11/2008 | NO PRIOR SALES | 03/12/2009 |
| Price of Prior Sale/Transfer | $568,000 | $388,119 | FOR THE LAST 36 MONTHS | $289,000 |
| Data Source(s) | NDC/DOC#0978547 | NDC/DOC#0065448 | NDC/DQ | NDC/DOC#0353673 |
| Effective Date of Data Source(s) | 09/2009 | 09/2009 | 09/2009 | 09/2009 |

Analysis of prior sale or transfer history of the subject property and comparable sales   SUBJECT PROPERTY AND ALL COMPARABLES  HAVE A RECORD OF
SALE IN THE LAST 36 MONTHS, EXCEPT FOR COMPARABLE #2 & #5 WHICH HAVE NO RECORD OF SALES IN THE LAST 36 MONTHS.

Summary of Sales Comparison Approach   ALL COMPARABLE SUPPORT VALUE ESTIMATE OF SUBJECT PROPERTY. BEDROOM WAS ADJUSTED $10,000
AND BATHROOM WAS ADJUSTED $5,000 PER BEDROOM/BATH DIFFERENCE AND GROSS LIVING AREA WAS ADJUSTED $75.00 PER SQUARE FOOT
DIFFERENCE.
THE SOURCE OF DATA FOR THE SUBJECT WAS MLS, NDCDATA, DATAQUICK, THE OWNER AND AN INTERIOR AND EXTERIOR INSPECTION. THE
VERIFICATION SOURCE WAS PUBLIC RECORDS.

Indicated Value by Sales Comparison Approach $  290,000

Indicated Value by: Sales Comparison Approach $ 290,000   Cost Approach (if developed) $   Income Approach (if developed) $
THE MARKET APPROACH TO VALUE IS BASED UPON THE PRINCIPLE OF SUBSTITUTION AND IS DEEMED THE MOST RELIABLE INDICATOR OF VALUE.
THE COST APPROACH IS SUPPORTIVE OF THE MARKET APPROACH. THE INCOME APPROACH IS NOT APPLICABLE

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: NO WARRANTY OF THE APPRAISED
IS GIVEN OR IMPLIED AND NO LIABILITY IS ASSUMED FOR STRUCTURAL OR MECHANICAL ELEMENTS OF THE PROPERTY.
Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ 290,000   , as of   OCTOBER 2, 2009   , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005                Page 2 of 6                Fannie Mae Form 1004 March 2005

# Uniform Residential Appraisal Report

DEPTOWICZ
File # 1540-2009

## ADDITIONAL COMMENTS

SUBJECT PROPERTY IS A CRAFTSMAN STYLE ONE STORY HOUSE LOCATED IN THE AREA OF HIGHLAND PARK IN THE CITY OF LOS ANGELES. PROPERTY HAVE 3 BEDROOMS AND 2 BATHS WITH 1 CAR GARAGE BEING USED AS AN OFFICE. IT HAS AN UPDATED KITCHEN, THE THIRD BEDROOM IS A NEW ADDITION WITH A BATHROOM AND CLOSET. THERE IS WALL HEATING AND WALL AIR CONDITIONING.

COMPARABLES ARE IN THE AREA OF THE SUBJECT PROPERTY THAT ARE CLOSELY SIMILAR IN TERMS STYLE, CHARACTER, BEDROOM/BATH CONFIGURATION AND LOCATION. COMPARABLES ARE THE MOST RECENT SALES WITHIN A 1 MILE RADIUS IN THE LAST 160 DAYS. ADJUSTMENT WERE MADE ACCORDINGLY.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

### COST APPROACH

| | | |
|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | = $ |
| Source of cost data | DWELLING          Sq.Ft. @ $ | = $ |
| Quality rating from cost service          Effective date of cost data | Sq.Ft. @ $ | = $ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | = $ |
| | Garage/Carport          Sq.Ft. @ $ | = $ |
| | Total Estimate of Cost-New | = $ |
| | Less     Physical    Functional    External | |
| | Depreciation | = $ ( ) |
| | Depreciated Cost of Improvements | = $ |
| | "As-is" Value of Site Improvements | = $ |
| Estimated Remaining Economic Life (HUD and VA only)          Years | INDICATED VALUE BY COST APPROACH | = $ |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

### INCOME

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

### PUD INFORMATION

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project

| | | |
|---|---|---|
| Total number of phases | Total number of units | Total number of units sold |
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.
Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source
Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Freddie Mac Form 70 March 2005          Page 3 of 6          Fannie Mae Form 1004 March 2005

## Uniform Residential Appraisal Report

DEPTOWICZ
File # 1540-2009

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report

DEPTOWICZ
File # 1540-2009

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

File No. 1540-2009 Page #10

## Uniform Residential Appraisal Report

DEPTOWICZ
File # 1540-2009

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  GIL DE GUZMAN | Name |
| Company Name   GIL DE GUZMAN | Company Name |
| Company Address   P.O. BOX 65096, LOS ANGELES, CA 90065 | Company Address |
| Telephone Number   (323) 255-5355 | Telephone Number |
| Email Address   gilinc@yahoo.com | Email Address |
| Date of Signature and Report   October 02, 2009 | Date of Signature |
| Effective Date of Appraisal   OCTOBER 2, 2009 | State Certification # |
| State Certification # | or State License # |
| or State License #   AR028474 | State |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License |
| State  CA | |
| Expiration Date of Certification or License   11/15/2009 | SUBJECT PROPERTY |
| | [ ] Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | [ ] Did inspect exterior of subject property from street |
| 5071 ALDAMA ST | Date of Inspection |
| LOS ANGELES, CA 90042-3220 | [ ] Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $   290,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name   LEONORA DEPTOWICZ | |
| Company Address   5071 ALDAMA ST. LOS ANGELES, CA. 90042 | [ ] Did not inspect exterior of comparable sales from street |
| | [ ] Did inspect exterior of comparable sales from street |
| Email Address | Date of Inspection |

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 1540-2009| Page #11

# Uniform Residential Appraisal Report

DEPTOWICZ
File # 1540-2009

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address 5071 ALDAMA ST | | 5715 FAYETTE ST. | | 5153 MERIDIAN ST. | | | |
| LOS ANGELES, CA 90042-3220 | | LOS ANGELES, CA 90042 | | LOS ANGELES, CA 90042 | | | |
| Proximity to Subject | | 0.86 miles NE | | 0.64 miles N | | | |
| Sale Price | $ N/A | $ 210,000 | | $ 290,000 | | $ | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 199.24 sq.ft. | | $ 300.83 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | NDC/DQ/MLS#22125679 58 DOM | | NDC/DQ/MLS#09368309 30 DOM | | | |
| Verification Source(s) | | APN#5484-001-006 REO | | APN#5479-028-002 | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | CONVENTIONAL | | CONVENTIONAL | | | |
| Concessions | | DOC#1175914 | | DOC#1211328 | | | |
| Date of Sale/Time | | 07/31/2009 | | 08/07/2009 | | | |
| Location | AVERAGE | AVERAGE | | AVERAGE+ | -10,000 | | |
| Leasehold/Fee Simple | Fee Simple | FEE SIMPLE | | FEE SIMPLE | | | |
| Site | 4,800 | 3644 | +1,156 | 5240 | | | |
| View | NONE | NONE | | NONE | | | |
| Design (Style) | CRAFTSMAN | CRAFTSMAN | | BUNGALOW | | | |
| Quality of Construction | AVERAGE | SIMILAR | | SIMILAR | | | |
| Actual Age | 87/1922 | 104/1905 | | 85/1924 | | | |
| Condition | AVERAGE | EQUAL | | AVERAGE | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 7   3   2 | 7   3   1 | +5,000 | 6   2   1 | +15,000 | | |
| Gross Living Area | 1,174 sq.ft. | 1,054 sq.ft. | +9,000 | 964 sq.ft. | +15,750 | sq.ft. | |
| Basement & Finished | N/A | N/A | | N/A | | | |
| Rooms Below Grade | N/A | N/A | | N/A | | | |
| Functional Utility | AVERAGE | SIMILAR | | SIMILAR | | | |
| Heating/Cooling | WALL/WALL | WALL/WALL | | WALL/WALL | | | |
| Energy Efficient Items | INSULATION | INSULATION | | INSULATION | | | |
| Garage/Carport | 1 CAR GARAGE | NONE | +5,000 | 1 CAR GARAGE | | | |
| Porch/Patio/Deck | PORCH | PORCH | | PORCH | | | |
| FIREPLACE | NO FIREPLACE | NO FIREPLACE | | NO FIREPLACE | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 20,156 | ☒ + ☐ - | $ 20,750 | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj. % | | Net Adj. % | | Net Adj. % | |
| of Comparables | | Gross Adj. % | $ 230,156 | Gross Adj. % | $ 310,750 | Gross Adj. % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales or page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 05/04/2006 | 07/22/2009 | NO PRIOR SALE | |
| Price of Prior Sale/Transfer | $568,000 | $0 | FOR THE LAST 36 MONTHS | |
| Data Source(s) | NDC/DQ/DOC#0978647 | NDC/DQ | NDC/DQ | |
| Effective Date of Data Source(s) | 09/2009 | 09/2009 | 09/2009 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Form 1004 (AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## MULTI-PURPOSE SUPPLEMENTAL ADDENDUM
### FOR FEDERALLY RELATED TRANSACTIONS

Gil De Guzman

| | |
|---|---|
| Borrower/Client | LEONORA DEPTOWICZ |
| Property Address | 5071 ALDAMA ST |
| City LOS ANGELES | County LOS ANGELES     State CA     Zip Code 90042-3220 |
| Lender | LEONORA DEPTOWICZ |

This Multi-Purpose Supplemental Addendum for Federally Related Transactions was designed to provide the appraiser with a convenient way to comply with the current appraisal standards and requirements of the Federal Deposit Insurance Corporation (FDIC), the Office of the Comptroller of Currency (OCC), The Office of Thrift Supervision (OTS), the Resolution Trust Corporation (RTC), and the Federal Reserve.

> **This Multi-Purpose Supplemental Addendum is for use with any appraisal.  Only those statements which have been checked by the appraiser apply to the property being appraised.**

### ☒ PURPOSE & FUNCTION OF APPRAISAL

The purpose of the appraisal is to estimate the market value of the subject property as defined herein.  The function of the appraisal is to assist the above-named Lender in evaluating the subject property for lending purposes.  This is a federally related transaction.

### ☒ EXTENT OF APPRAISAL PROCESS

☒ The appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales within the subject market area.  The original source of the comparables is shown in the Data Source section of the market grid along with the source of confirmation, if available.  The original source is presented first.  The sources and data are considered reliable When conflicting information was provided, the source deemed most reliable has been used.  Data believed to be unreliable was not included in the report nor used as a basis for the value conclusion.

☒ The Reproduction Cost is based on  MARSHALL & SWIFT RESIDENTIAL HANDBOOK
supplemented by the appraiser's knowledge of the local market.

☒ Physical depreciation is based on the estimated effective age of the subject property.  Functional and/or external depreciation, if present, is specifically addressed in the appraisal report or other addenda.  In estimating the site value, the appraiser has relied on personal knowledge of the local market.  This knowledge is based on prior and/or current analysis of site sales and/or abstraction of site values from sales of improved properties.

☒ The subject property is located in an area of primarily owner-occupied single family residences and the Income Approach is not considered to be meaningful.  For this reason, the Income Approach was not used.

☐ The Estimated Market Rent and Gross Rent Multiplier utilized in the Income Approach are based on the appraiser's knowledge of the subject market area.  The rental knowledge is based on prior and/or current rental rate surveys of residential properties.  The Gross Rent Multiplier is based on prior and/or current analysis of prices and market rates for residential properties.

☐ For income producing properties, actual rents, vacancies and expenses have been reported and analyzed.  They have been used to project future rents, vacancies and expenses.

### ☒ SUBJECT PROPERTY OFFERING INFORMATION

According to  DataQuick/Multi-Listing Service/National Data Collective                                      the subject property:
☒ has not been offered for sale in the past: ☐ 30 days ☒ 1 year ☐ 3 years.
☐ is currently offered for sale for $
☐ was offered for sale within the past: ☐ 30 days ☐ 1 year ☐ 3 years    for $
☐ Offering information was considered in the final reconciliation of value.
☐ Offering information was not considered in the final reconciliation of value.
☐ Offering information was not available.  The reasons for unavailability and the steps taken by the appraiser are explained later in this addendum.

### ☒ SALES HISTORY OF SUBJECT PROPERTY

According to  DataQuick/Multi-Listing Service/National Data Collective                                      the subject property:
☐ Has not transferred ☐ in the past twelve months. ☐ in the past thirty-six months. ☐ in the past 5 years.
☒ Has transferred ☐ in the past twelve months. ☒ in the past thirty-six months. ☐ in the past 5 years.
☐ All prior sales which have occurred in the past 3 years are listed below and reconciled to the appraised value, either in the body of the report or in the addenda.

| Date | Sales Price | Document # | Seller | Buyer |
|---|---|---|---|---|
| 12/28/2006 | 430,000 | 2878434 | YEE HO | DEPTOWICZ |
| | | | | |
| | | | | |
| | | | | |

### ☒ FEMA FLOOD HAZARD DATA

☒ Subject property is not located in a FEMA Special Flood Hazard Area.
☐ Subject property is located in a FEMA Special Flood Hazard Area.

| Zone | FEMA Map/Panel # | Map Date | Name of Community |
|---|---|---|---|
| X | 06037/1275F | 9/26/2008 | HIGHLAND PARK |

☐ The community does not participate in the National Flood Insurance Program.
☒ The community does participate in the National Flood Insurance Program.
☒ It is covered by a regular program.
☐ It is covered by an emergency program.

Form MPA3 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

☒ **CURRENT SALES CONTRACT**

☒ The subject property is currently not under contract.
☐ The contract and/or escrow instructions were not available for review. The unavailability of the contract is explained later in the addenda section.

☐ The contract and/or escrow instructions were reviewed. The following summarizes the contract:

| Contract Date | Amendment Date | Contract Price | Seller |
|---|---|---|---|
| | | | |

☐ The contract indicated that personal property was not included in the sale.
☐ The contract indicated that personal property was included. It consisted of _____

Estimated contributory value is $ _____

☐ Personal property was not included in the final value estimate.
☐ Personal property was included in the final value estimate.
☐ The contract indicated no financing concessions or other incentives.
☐ The contract indicated the following concessions or incentives: _____

☐ If concessions or incentives exist, the comparables were checked for similar concessions and appropriate adjustments were made, if applicable, so that the final value conclusion is in compliance with the Market Value defined herein.

☒ **MARKET OVERVIEW**          Include an explanation of current market conditions and trends.

3-6 _____ months is considered a reasonable marketing period for the subject property based on  current marketing and economic condition, as well as actual sales observed in the area.

☒ **ADDITIONAL CERTIFICATION**

The Appraiser certifies and agrees that:

(1) The analyses, opinions and conclusions were developed, and this report was prepared, in conformity with the Uniform Standards of Professional Appraisal Practice ("USPAP"), except that the Departure Provision of the USPAP does not apply.
(2) Their compensation is not contingent upon the reporting of predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.
(3) This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

☒ **ADDITIONAL (ENVIRONMENTAL) LIMITING CONDITIONS**

The value estimated is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental environmental conditions unless otherwise stated in this report. The appraiser is not an expert in the identification of hazardous substances or detrimental environmental conditions. The appraiser's routine inspection of and inquiries about the subject property did not develop any information that indicated any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively unless otherwise stated in this report. It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of hazardous substances or detrimental environmental conditions on or around the property that would negatively affect its value.

☐ **ADDITIONAL COMMENTS**




☒ **APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION**

Appraiser's Signature _____ Effective Date OCTOBER 2, 2009    Date Prepared October 02, 2009
Appraiser's Name (print)  GIL DE GUZMAN _____ Phone #  (323) 255-5355 _____
State  CA _____ ☐ License  ☐ Certification #  AR028474 _____ Tax ID # _____

☐ **CO-SIGNING APPRAISER'S CERTIFICATION**

☐ The co-signing appraiser has personally inspected the subject property, both inside and out, and has made an exterior inspection of all comparable sales listed in the report. The report was prepared by the appraiser under direct supervision of the co-signing appraiser. The co-signing appraiser accepts responsibility for the contents of the report including the value conclusions and the limiting conditions, and confirms that the certifications apply fully to the co-signing appraiser.
☐ The co-signing appraiser has not personally inspected the interior of the subject property and:
☐ has not inspected the exterior of the subject property and all comparable sales listed in the report.
☐ has inspected the exterior of the subject property and all comparable sales listed in the report.
☐ The report was prepared by the appraiser under direct supervision of the co-signing appraiser. The co-signing appraiser accepts responsibility for the contents of the report, including the value conclusions and the limiting conditions, and confirms that the certifications apply fully to the co-signing appraiser with the exception of the certification regarding physical inspections. The above describes the level of inspection performed by the co-signing appraiser.
☐ The co-signing appraiser's level of inspection, involvement in the appraisal process and certification are covered elsewhere in the addenda section of this appraisal.

☐ **CO-SIGNING APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION**

Co-Signing
Appraiser's Signature _____ Effective Date _____ Date Prepared _____
Co-Signing Appraiser's Name (print) _____ Phone # _____
State _____ ☐ License  ☐ Certification # _____ Tax ID # _____

Form MPA3 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Subject Photo Page

| Borrower/Client | LEONORA DEPTOWICZ | | | | |
|---|---|---|---|---|---|
| Property Address | 5071 ALDAMA ST | | | | |
| City | LOS ANGELES | County | LOS ANGELES | State CA | Zip Code 90042-3220 |
| Lender | LEONORA DEPTOWICZ | | | | |



**Subject Front**

| | |
|---|---|
| 5071 ALDAMA ST | |
| Sales Price | N/A |
| Gross Living Area | 1,174 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | AVERAGE |
| View | NONE |
| Site | 4,800 |
| Quality | AVERAGE |
| Age | 87/1922 |



**Subject Rear**



**Subject Street**

## Photograph Addendum

| Borrower/Client | LEONORA DEPTOWICZ | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5071 ALDAMA ST | | | | | |
| City | LOS ANGELES | County | LOS ANGELES | State | CA | Zip Code | 90042-3220 |
| Lender | LEONORA DEPTOWICZ | | | | | |



LIVING ROOM



KITCHEN



DINING AREA

## Comparable Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | LEONORA DEPTOWICZ | | | | |
| Property Address | 5071 ALDAMA ST | | | | |
| City | LOS ANGELES | County LOS ANGELES | | State CA | Zip Code 90042-3220 |
| Lender | LEONORA DEPTOWICZ | | | | |



**Comparable 1**

5335 ALDAMA ST.

| | |
|---|---|
| Prox. to Subject | 0.28 miles E |
| Sale Price | 270,000 |
| Gross Living Area | 1,112 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1 |
| Location | AVERAGE |
| View | NONE |
| Site | 6500 |
| Quality | SIMILAR |
| Age | 98/1911 |



**Comparable 2**

5238 LINCOLN AVE.

| | |
|---|---|
| Prox. to Subject | 0.50 miles NE |
| Sale Price | 330,000 |
| Gross Living Area | 1,042 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1 |
| Location | AVERAGE+ |
| View | NONE |
| Site | 5400 |
| Quality | AVERAGE |
| Age | 89/1920 |



**Comparable 3**

4835 LINCOLN AVE.

| | |
|---|---|
| Prox. to Subject | 0.68 miles NW |
| Sale Price | 245,000 |
| Gross Living Area | 964 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | AVERAGE+ |
| View | NONE |
| Site | 5200 |
| Quality | AVERAGE |
| Age | 89/1920 |

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | LEONORA DEPTOWICZ |
| Property Address | 5071 ALDAMA ST |
| City | LOS ANGELES |
| Lender | LEONORA DEPTOWICZ |

County LOS ANGELES    State CA    Zip Code 90042-3220



**Comparable 4**

5715 FAYETTE ST.

| | |
|---|---|
| Prox. to Subject | 0.86 miles NE |
| Sale Price | 210,000 |
| Gross Living Area | 1,054 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1 |
| Location | AVERAGE |
| View | NONE |
| Site | 3644 |
| Quality | SIMILAR |
| Age | 104/1905 |



**Comparable 5**

5153 MERIDIAN ST.

| | |
|---|---|
| Prox. to Subject | 0.64 miles N |
| Sale Price | 290,000 |
| Gross Living Area | 964 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1 |
| Location | AVERAGE+ |
| View | NONE |
| Site | 5240 |
| Quality | SIMILAR |
| Age | 85/1924 |

**Comparable 6**

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

File No. 1540-2009 | Page #18

## Building Sketch

| Borrower/Client | LEONORA DEPTOWICZ | | | | |
|---|---|---|---|---|---|
| Property Address | 5071 ALDAMA ST | | | | |
| City | LOS ANGELES | County | LOS ANGELES | State CA | Zip Code 90042-3220 |
| Lender | LEONORA DEPTOWICZ | | | | |



**First Floor**
**[1174 Sq ft]**

**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1174 Sq ft | 28 × 28 = 784 | |
| | | 17 × 18 = 306 | |
| | | 5 × 6 = 30 | |
| | | 9 × 6 = 54 | |
| **Total Living Area (Rounded):** | **1174 Sq ft** | | |
| Non-living Area | | | |
| 1 Car Detached | 315 Sq ft | 15 × 21 = 315 | |
| Open Porch | 91 Sq ft | 13 × 7 = 91 | |

**PLAT MAP**

| Borrower/Client | LEONORA DEPTOWICZ | | | | |
|---|---|---|---|---|---|
| Property Address | 5071 ALDAMA ST | | | | |
| City | LOS ANGELES | County | LOS ANGELES | State CA | Zip Code 90042-3220 |
| Lender | LEONORA DEPTOWICZ | | | | |



## Location Map

| Borrower/Client | LEONORA DEPTOWICZ | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5071 ALDAMA ST | | | | | |
| City | LOS ANGELES | | County | LOS ANGELES | State CA | Zip Code 90042-3220 |
| Lender | LEONORA DEPTOWICZ | | | | | |



## Supplemental Addendum

File No. 1540-2009

| | |
|---|---|
| Borrower/Client | LEONORA DEPTOWICZ |
| Property Address | 5071 ALDAMA ST |
| City | LOS ANGELES | County LOS ANGELES | State CA | Zip Code 90042-3220 |
| Lender | LEONORA DEPTOWICZ |

**PURPOSE OF APPRAISAL**

THE PURPOSE OF THE APPRAISAL IS TO PROVIDE AN OPINION OF MARKET VALUE OF THE SUBJECT PROPERTY AS DEFINED IN THE REPORT, ON BEHALF OF THE APPRAISAL COMPANY FACILITATION THE ASSIGNMENT FOR THE REFERENCED LENDER/CLIENT AS THE INTENDED USER OF THE REPORT. THE ONLY FUNCTION OF THE APPRAISAL IS TO ASSIST THE LENDER/CLIENT MENTIONED IN THIS REPORT IN EVALUATING THE SUBJECT PROPERTY FOR LENDING PURPOSES. THE USE OF THIS APPRAISAL BY ANYONE OTHER THAN THE STATED INTENDED USER, OF FOR ANY OTHER USE THAN THE STATED INTENDED USE, IS PROHIBITED. THE PURPOSE OF THE APPRAISAL IS TO PROVIDE AN OPINION OF MARKET VALUE OF THE SUBJECT PROPERTY, AS DEFINED IN THIS REPORT.

**THE SUBJECT PROPERTY IS LOCATED AT:**
**5071 ALDAMA ST.**
**LOS ANGELES, CA. 90042**

**THE LEGAL DESCRIPTION IS AS FOLLOWS:**
**HIGHLAND PARK HEIGHTS TRACT LOT 32**

**INTENDED USE/INTENDED USER:**

THIS SUMMARY APPRAISAL REPORT IS INTENDED FOR USE BY THE LENDER/CLIENT AND/OR THEIR ASSIGNS FOR A MORTGAGE FINANCE TRANSACTION ONLY. THE REPORT IS NOT INTENDED FOR ANY OTHER USE.

**HISTORY OF PROPERTY**

THE PROPERTY LAST TRANSFERRED IN 12/28/2006 DOC#2878434

**SCOPE OF REPORT**

THE APPRAISAL IS BASED ON THE INFORMATION GATHERED BY THE APPRAISER FROM PUBLIC RECORDS, OTHER IDENTIFIED SOURCES, INSPECTION OF THE SUBJECT PROPERTY AND NEIGHBORHOOD, AND SELECTION OF COMPARABLE SALES,LISTINGS AND/OR RENTALS WITHIN THE SUBJECT MARKET AREA. THE ORIGINAL SOURCE OF THE COMPARABLES IS SHOWN IN THE DATA SOURCE SECTION OF MARKET GRID ALONG WITH THE SOURCE OF CONFIRMATION, IF AVAILABLE. THE ORIGINAL SOURCE IS PRESENTED FIRST. THE SOURCES AND DATA ARE CONSIDERED RELIABLE. WHEN CONFLICTING INFORMATION WAS PROVIDED, THE SOURCE DEEMED RELIABLE HAS BEEN USED. DATA BELIEVE TO BE UNRELIABLE WAS NOT INCLUDED IN THE REPORT NOR USED AS A BASIS FOR THE VALUE  CONCLUSION. THE EXTENT OF ANALYSIS APPLIED TO THE ASSIGNMENT MAY BE FURTHER IMPARTED WITHIN THE REPORT, THE APPRAISER'S CERTIFICATION BELOW AND/OR ANY OTHER STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION SUCH AS MAY  BE UTILIZED WITHIN THE FREDDIE MAC FORM 439 OR FANNIE MAE 100B (DATED 8/93), WHEN APPLICABLE.

**SITE COMMENTS**

DUE TO INCOMPLETE, AND SOMETIMES INACCURATE FLOOD DATA INFORMATION AVAILABLE TO THE APPRAISER, IT IS RECOMMENDED THAT THE REQUIRED LENDER FLOOD CERTIFICATION IS RELIED UPON.  IT IS ASSUMED FOR THE PURPOSE OF VALUATION, THAT THE SUBJECT IS NOT IN A FLOOD ZONE, HOWEVER, NO WARRANTIES ARE IMPLIED.  NO ADVERSE EASEMENTS (NORMAL PUBLIC UTILITY EASEMENTS EXIST), ENCROACHMENT OR OTHER CONDITIONS WERE NOTED.  NO SOIL SUBSTANCE OR OTHER VISIBLE PROBLEMS WERE EVIDENT, INCLUDING ADVERSE ENVIRONMENTAL CONDITION.  HOWEVER, IT SHOULD BE NOTED THAT THE APPRAISER IS NOT A QUALIFIED EXPERT IN THESE FIELDS AND CAN NOT RENDER A PROFESSIONAL OPINION ON SAME, NO WARRANTIES IMPLIED.

**SALES COMPARISON:**

THE MARKET ADJUSTMENT ARE BASED UPON THE MARKET, AND AS SUCH, MAY DIFFER FROM ACTUAL COST.  ALL OF THE COMPARABLES ARE CONSIDERED TO BE COMPETING PROPERTIES WITHIN THE SAME MARKET AREA AND WERE SELECTED TO "RANGE IN" THE SUBJECT VALUE.  THE APPRAISER MADE AN EXTENSIVE SEARCH FOR THE BEST AVAILABLE SIMILAR PROPERTIES TO BEST REPRESENTS THE SUBJET'S MOST PROBABLE MARKET VALUE AT THE TIME OF APPRAISAL.  THE APPRAISER SEARCHED THE LOCAL MULTIPLE LISTINGS AND PUBLIC RECORDS FOR RECENT SALES.  ADJUSTMENT WERE MADE TO THE COMPARABLES IN ORDER TO ISOLATE THE ACTUAL CONTRIBUTORY VALUE OF EACH ITEM.

**CASH EQUIVALENCY:**

UNLESS OTHERWISE STATE IN THIS REPORT, ALL SALES ARE CONSIDERED CASH EQUIVALENT.  ALL COMPARABLE SALES WERE FINANCED THROUGH LOCAL MORTGAGE LENDERS AT MARKETS RATES, AND DO NOT APPEAR TO HAVE SPECIAL CONDITIONS OF SALE.

## Supplemental Addendum

File No. 1540-2009

| Borrower/Client | LEONORA DEPTOWICZ | | | | |
|---|---|---|---|---|---|
| Property Address | 5071 ALDAMA ST | | | | |
| City | LOS ANGELES | County | LOS ANGELES | State CA | Zip Code 90042-3220 |
| Lender | LEONORA DEPTOWICZ | | | | |

**COMPARABLE ANALYSIS:**

A THOROUGH SEARCH OF SUBJECT'S DEFINED NEIGHBORHOOD WAS MADE FOR THE MOST RECENT SALES DATA WITH SIMILAR QUALITIES AND CHARACTERISTICS AS THE SUBJECT PROPERTY. MULTIPLE LISTING SERVICE (MLS), AND PUBLIC RECORDS (AS REPORTED BY NDC DATA) REVEALED AN ADEQUATE NUMBER OF COMPETITIVE SALES AND LISTING INFORMATION. THE DATA SOURCES USED IN THIS REPORT, NDC DATA, DATAQUICK AND MLS , ARE CONSIDERED "SECONDARY DATA SOURCES" AND DEEMED RELIABLE. CONFLICTING DETAILED INFORMATION BETWEEN PUBLIC RECORDS AND THAT WHICH IS REPORTED BY MLS, WHEN DEEMED RELIABLE, MLS IS GIVEN PRIMARY CONSIDERATION.

ALL LINE ADJUSTMENTS ARE BASED ON EITHER COST NEW MINUS DEPRECIATION, PAIRED SALES ANALYSIS, MARKET DATA, AND/OR THE APPRAISERS KNOWLEDGE OF THE SUBJECT'S MARKET AREA AND HISTORICAL DATA. ALL ADJUSTMENT ARE CONSIDERED REASONABLE AND REFLECTIVE OF MARKET CONDITION.

THE COMPARABLE DATA SELECTED IS CONSIDERED TO BE THE MOST RELIABLE INDICATORS OF MARKET VALUE AND THE BEST AVAILABLE AT TIME OF INSPECTION. EQUAL WEIGHT WAS GIVEN TO ALL COMPARABLES AS THEY APPEARED TO BE MOST SIMILAR OVERALL TO SUBJECT'S CHARACTERISTICS. MY OPINION OF MARKET VALUE IS BASED ON CURRENT MARKET CONDITIONS, WITH REASONABLE MARKETING TIME OF 3 TO 4 MONTHS, AND ASSUMES PROFESSIONAL MARKETING BY REPUTABLE LOCAL LICENSED REAL ESTATE BROKER/AGENT.

**"ALL ELECTRONIC SIGNATURES ON THIS REPORT HAVE A SECURITY FEATURE MAINTAINED BY INDIVIDUAL PASSWORDS FOR EACH SIGNING APPRAISER. NO PERSON CAN ALTER THE APPRAISAL WITH THE EXCEPTION OF THE ORIGINAL SIGNING APPRAISER(S).**

# May 6, 2010 Certified Appraisal Report

# Exhibit "B"



## APPRAISAL OF REAL PROPERTY

### LOCATED AT:
5071 ALDAMA ST
HIGHLAND PARK HEIGHTS TRACT LOT 32
LOS ANGELES, CA  90042-3220

### FOR:
LEONORA DEPTOWICZ

### AS OF:
MAY 06, 2010

### BY:
GIL DE GUZMAN
P.O. BOX 65096 LOS ANGELES, CA. 90065
(323)255-5355

# SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| Subject Address | 5071 ALDAMA ST | |
| Legal Description | HIGHLAND PARK HEIGHTS TRACT LOT 32 | |
| City | LOS ANGELES | |
| County | LOS ANGELES | |
| State | CA | |
| Zip Code | 90042-3220 | |
| Census Tract | 1835.10 | |
| Map Reference | 595/B2 | |

| SALES PRICE | | |
|---|---|---|
| Sale Price | $ N/A | |
| Date of Sale | N/A | |

| CLIENT | | |
|---|---|---|
| Borrower/Client | LEONORA DEPTOWICZ | |
| Lender | LEONORA DEPTOWICZ | |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| Size (Square Feet) | 1,174 | |
| Price per Square Foot | $ | |
| Location | AVERAGE | |
| Age | 88/1922 | |
| Condition | AVERAGE | |
| Total Rooms | 7 | |
| Bedrooms | 3 | |
| Baths | 2 | |

| APPRAISER | | |
|---|---|---|
| Appraiser | GIL DE GUZMAN | |
| Date of Appraised Value | MAY 06, 2010 | |

| VALUE | | |
|---|---|---|
| Final Estimate of Value | $ 279,000 | |

# Uniform Residential Appraisal Report

DEPTOWICZ
File # 1581-2010

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | | |
|---|---|---|
| Property Address 5071 ALDAMA ST | City LOS ANGELES | State CA Zip Code 90042-3220 |
| Borrower LEONORA DEPTOWICZ | Owner of Public Record LEONORA DEPTOWICZ | County LOS ANGELES |

Legal Description HIGHLAND PARK HEIGHTS TRACT LOT 32

| Assessor's Parcel # 5469-007-017 | Tax Year 2009 | R.E. Taxes $ 3,111.40 |
|---|---|---|
| Neighborhood Name HIGHLAND PARK | Map Reference 595/B2 | Census Tract 1835.10 |

Occupant ☒ Owner ☐ Tenant ☐ Vacant   Special Assessments $ 0   ☐ PUD   HOA $ ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) CLIENT RQUEST

Lender/Client LEONORA DEPTOWICZ   Address

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s).   NO LISTING WAS AVAILABLE IN THE MLS

**CONTRACT**

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ N/A   Date of Contract N/A   Is the property seller the owner of public record? ☒ Yes ☐ No Data Source(s) NDC,DATAQUICK

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☒ Urban ☐ Suburban ☐ Rural | | | Property Values ☐ Increasing ☐ Stable ☒ Declining | | | PRICE | AGE | One-Unit | 80 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | $ (000) | (yrs) | 2-4 Unit | 10 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 200 Low | 30 | Multi-Family | 5 % |
| Neighborhood Boundaries SUBJECT IS BOUNDED BY YORK BLVD. IN THE NORTH, AVENUE 54 IN THE EAST, | | | | | | 500 High | 110 | Commercial | 5 % |
| EAGLE ROCK BLVD. IN THE WEST AND FIGUEROA ST. IN THE SOUTH. | | | | | | 300 Pred. | 55 | Other | % |

Neighborhood Description   SUBJECT PROPERTY IS LOCATED IN THE AREA CALLED NORTHRIDGE, CONSISTING OF PREDOMINANTLY SINGLE FAMILY RESIDENCE, VARYING IN AGE, SIZE AND ARCHITECHTURAL DESIGNS. PUBLIC SERVICES ARE LOCATED WITHIN THE SURROUNDING NEIGHBORHOOD. EASY FRWY AND METRO LINK ACCESS. PARK AND CAL STATE NORTHRIDGE IS CLOSED BY.

Market Conditions (including support for the above conclusions)   A RELATIVELY DECLINING MARKET EXIST IN THE AREA, BOTH SUPPLY AND DEMAND ARE IN BALANCE. ECONOMIC CONDITIONS FAVOR CONVENTIONAL FINANCING. AFFORDABLE INTEREST RATES WITH SOME CONCESSIONS IN THE FORM OF NON-RECURRING CLOSING COST WHOSE IMPACT IS MINIMAL.

**SITE**

| Dimensions SEE PLAT MAP | Area 4,800 | Shape RECTANGULAR | View NONE |
|---|---|---|---|

Specific Zoning Classification LAR1   Zoning Description SINGLE FAMILY RESIDENCE

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street ASPHALT | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley NONE | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 060137/06037C/1627F   FEMA Map Date 9/26/2008

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No if Yes, describe

NO APPARENT ADVERSE EASEMENT OR ENCROACHMENT WERE NOTED. NORMAL UTILITY EASEMENT FOR ELECTRIC AND TELEPHONE.

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☐ Concrete Slab ☒ Crawl Space | | Foundation Walls | CONCRETE/AVG | Floors | CRPT/TILE/AVG.+ |
| # of Stories ONE | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls | WOOD/AVG | Walls | DRYWALL/AVG. |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area N/A sq.ft. | | Roof Surface | SHINGLE/AVG. | Trim/Finish | PAINT/AVG. |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish N/A % | | Gutters & Downspouts ADEQ/OVNHG | | Bath Floor | TILES/AVG.+ |
| Design (Style) CRAFTSMAN | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type | SLD/ALM | Bath Wainscot TILES/AVG.+ | |
| Year Built 1922 | | Evidence of ☐ Infestation NONE | | Storm Sash/Insulated NONE | | Car Storage | None |
| Effective Age (Yrs) 30 | | ☐ Dampness ☐ Settlement | | Screens | YES | ☒ Driveway # of Cars 2 | |
| Attic | None | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities | ☐ Woodstove(s) # | Driveway Surface | CONCRETE |
| ☐ Drop Stair | ☐ Stairs | ☒ Other WALL Fuel GAS | | ☐ Fireplace(s) # | ☒ Fence | ☒ Garage # of Cars 1 | |
| ☐ Floor | ☒ Scuttle | Cooling ☐ Central Air Conditioning | | ☐ Patio/Deck | ☒ Porch | ☐ Carport # of Cars | |
| ☐ Finished | ☐ Heated | ☒ Individual WALL ☐ Other | | ☐ Pool | ☐ Other | ☐ Att. ☒ Det. | ☐ Built-in |

Appliances ☒ Refrigerator ☒ Range/Oven ☐ Dishwasher ☒ Disposal ☒ Microwave ☒ Washer/Dryer ☐ Other (describe)

Finished area above grade contains:   7 Rooms   3 Bedrooms   2 Bath(s)   1,174 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).   DINING ROOM, WALL HEATING AND WALL AIR CONDITIONING, NEW BEDROOM AND BATHROOM ADDITION AND 1 CAR GARAGE CONVERTED INTO A 1 ROOM STUDIO.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   NORMAL DEPRECIATION ASSOCIATED WITH THE AGE AND CONDITIONS OF IMPROVEMENTS. THERE WAS NO FUNCTIONAL OR EXTERNAL INADEQUACIES NOTED AT THE TIME OF INSPECTION. SUBJECT PROPERTY IS IN "AVERAGE+" CONDITION.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?   ☐ Yes ☒ No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?   ☒ Yes ☐ No If No, describe

THE SUBJECT CONFORMS TO THE NEIGHBORHOOD IN FUNCTIONAL UTILITY, STYLE, USE AND CONSTRUCTION.

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Uniform Residential Appraisal Report

DEPTOWICZ
File # 1581-2010

There are __37__ comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 121,250 to $ 575,000

There are __115__ comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 105,000 to $ 550,000

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 5071 ALDAMA ST | 1051 N. AVENUE 49 | | 1326 ARMADALE AVE. | | 1024 N. AVENUE 57 | |
| | LOS ANGELES, CA 90042-3220 | LOS ANGELES, CA 90042 | | LOS ANGELES, CA 90042 | | LOS ANGELES, CA 90042 | |
| Proximity to Subject | | 0.52 miles NW | | 0.86 miles NW | | 0.91 miles NE | |
| Sale Price | $ | | $ 279,000 | | $ 277,000 | | $ 290,000 |
| Sale Price/Gross Liv. Area | $ N/A sq.ft. | $ 237.65 Sq.ft. | | $ 273.99 sq.ft. | | $ 232.56 Sq.ft. | |
| Data Source(s) | | NDC/DQ/MLS#09123641 39 DOM | | NDC/DQ/MLS#B2106782 15 DOM | | NDC/DQ/MLS#P723387 5 DOM | |
| Verification Source(s) | | APN5477-011-022 | | APN5477-010-002 | | APN5485-010-007 REO | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | FHA FIXED | | CONVENTIONAL | | FHA FIXED | |
| Concessions | | DOC#0458634 | | DOC#0584297 | | DOC#0533401 | |
| Date of Sale/Time | | 04/05/2010 | | 04/27/2010 | | 04/20/2010 | |
| Location | AVERAGE | AVERAGE | | AVERAGE+ | -10,000 | AVERAGE | |
| Leasehold/Fee Simple | Fee Simple | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 4,800 | 5520 | | 5840 | -1,040 | 4900 | |
| View | NONE | NONE | | CITY LIGHTS | -5,000 | NONE | |
| Design (Style) | CRAFTSMAN | BUNGALOW | | SPANISH | | CRAFTSMAN | |
| Quality of Construction | AVERAGE | SIMILAR | | AVERAGE | | AVERAGE | |
| Actual Age | 88/1922 | 89/1921 | | 80/1930 | | 87/1923 | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 7    3    2 | 6    3    2 | | 6    2    1 | +15,000 | 6    3    2 | |
| Gross Living Area | 1,174 sq.ft. | 1,174 sq.ft. | 0 | 1,011 sq.ft. | +12,225 | 1,247 sq.ft. | 0 |
| Basement & Finished | N/A | N/A | | N/A | | N/A | |
| Rooms Below Grade | N/A | N/A | | N/A | | N/A | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | WALL/WALL | WALL/WALL | | FAU/CENTRAL | -5,000 | FAU/FLOOR/WALL | |
| Energy Efficient Items | INSULATION | INSULATION | | INSULATION | | INSULATION | |
| Garage/Carport | 1 CAR GARAGE | 1 CAR GARAGE | | NONE | -4,000 | 2 CARPORT | +4,000 |
| Porch/Patio/Deck | PORCH | PORCH | | PORCH | | PORCH | |
| FIREPLACE | NO FIREPLACE | NO FIREPLACE | | FIREPLACE | -3,000 | FIREPLACE | -3,000 |
| Net Adjustment (Total) | | [ ] + [X] - | $ | [ ] + [X] - | $ -815 | [X] + [ ] - | $ 1,000 |
| Adjusted Sale Price | | Net Adj.        % | | Net Adj.    0.3 % | | Net Adj.    0.3 % | |
| of Comparables | | Gross Adj.      % | $ 279,000 | Gross Adj.  20.0 % | $ 276,185 | Gross Adj.   2.4 % | $ 291,000 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   NDC, DATAQUICK

My research [X] did [ ] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   NDC, DATAQUICK

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | NO PRIOR SALE | 04/17/2009 | NO PRIOR SALES | 08/11/2009 |
| Price of Prior Sale/Transfer | FOR THE LAST 36 MONTHS | $239,475 | FOR THE LAST 36 MONTHS | $270,893 |
| Data Source(s) | NDC/DQ | NDC/DOC#561720 | NDC/DQ | NDC/DOC#1229506 |
| Effective Date of Data Source(s) | 05/2010 | 05/2010 | 05/2010 | 05/2010 |

Analysis of prior sale or transfer history of the subject property and comparable sales     SUBJECT PROPERTY AND COMPARABLES #5  HAVE NO RECORD OF
SALE IN THE LAST 36 MONTHS, WHILE THE REST OF THE  COMPARABLE HAVE A RECORD OF SALES IN THE LAST 36 MONTHS.

Summary of Sales Comparison Approach     ALL COMPARABLE SUPPORT VALUE ESTIMATE OF SUBJECT PROPERTY. BEDROOM WAS ADJUSTED $10,000
AND BATHROOM WAS ADJUSTED $5,000 PER BEDROOM/BATH DIFFERENCE AND GROSS LIVING AREA WAS ADJUSTED $75.00 PER SQUARE FOOT
DIFFERENCE.
THE SOURCE OF DATA FOR THE SUBJECT WAS MLS, NDCDATA, DATAQUICK, THE OWNER AND AN INTERIOR AND EXTERIOR INSPECTION. THE
VERIFICATION SOURCE WAS PUBLIC RECORDS.

Indicated Value by Sales Comparison Approach $  279,000

Indicated Value by Sales Comparison Approach $  279,000     Cost Approach (if developed) $     Income Approach (if developed) $

THE MARKET APPROACH TO VALUE IS BASED UPON THE PRINCIPLE OF SUBSTITUTION AND IS DEEMED THE MOST RELIABLE INDICATOR OF VALUE.
THE COST APPROACH IS SUPPORTIVE OF THE MARKET APPROACH. THE INCOME APPROACH IS NOT APPLICABLE

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  NO WARRANTY OF THE APPRAISED
IS GIVEN OR IMPLIED AND NO LIABILITY IS ASSUMED FOR STRUCTURAL OR MECHANICAL ELEMENTS OF THE PROPERTY

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$  279,000 , as of  MAY 06, 2010 , which is the date of inspection and the effective date of this appraisal.

## Uniform Residential Appraisal Report

DEPTOWICZ
File # 1581-2010

**ADDITIONAL COMMENTS**

SUBJECT PROPERTY IS A CRAFTSMAN STYLE ONE STORY HOUSE LOCATED IN THE AREA OF HIGHLAND PARK IN THE CITY OF LOS ANGELES. PROPERTY HAVE 3 BEDROOMS AND 2 BATHS WITH 1 CAR GARAGE BEING USED AS AN OFFICE. IT HAS AN UPDATED KITCHEN, THE THIRD BEDROOM IS A NEW ADDITION WITH A BATHROOM AND CLOSET, THERE IS WALL HEATING AND WALL AIR CONDITIONING.
COMPARABLES ARE IN THE AREA OF THE SUBJECT PROPERTY THAT ARE CLOSELY SIMILAR IN TERMS STYLE, CHARACTER, BEDROOM/BATH CONFIGURATION AND LOCATION.
COMPARABLES ARE THE MOST RECENT SALES WITHIN A 1 MILE RADIUS IN THE LAST 180 DAYS, ADJUSTMENT WERE MADE ACCORDINGLY.
MORE WEIGHT IS GIVEN TO COMPARABLE #1 AS THIS IS SIMILAR IN SIZE, BEDROOM/BATH CONFIGURATION, AND STYLE.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

**COST APPROACH**

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | | =$ |
| Source of cost data | DWELLING | Sq.Ft. @ $ | | | =$ |
| Quality rating from cost service   Effective date of cost data | | Sq.Ft. @ $ | | | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | | | =$ |
| | Garage/Carport | Sq.Ft. @ $ | | | =$ |
| | Total Estimate of Cost-New | | | | =$ |
| | Less | Physical | Functional | External | |
| | Depreciation | | | | =$( ) |
| | Depreciated Cost of Improvements | | | | =$ |
| | "As-is" Value of Site Improvements | | | | =$ |
| Estimated Remaining Economic Life (HUD and VA only) | Years | INDICATED VALUE BY COST APPROACH | | | =$ |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

**INCOME**

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
| Summary of Income Approach (including support for market rent and GRM) | | | |

### PROJECT INFORMATION FOR PUDs (if applicable)

**PUD INFORMATION**

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases   Total number of units   Total number of units sold
Total number of units rented   Total number of units for sale   Data source(s)
Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.
Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source
Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

## Uniform Residential Appraisal Report

DEPTOWICZ
File # 1581-2010

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report

DEPTOWICZ
File # 1581-2010

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1004 — *WinTOTAL* appraisal software by a la mode, inc. — 1-800-ALAMODE

## Uniform Residential Appraisal Report

DEPTOWICZ
File # 1581-2010

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  GIL DE GUZMAN | Name |
| Company Name  GIL DE GUZMAN | Company Name |
| Company Address  P.O. BOX 65096, LOS ANGELES, CA 90065 | Company Address |
| Telephone Number  (323) 255-5355 | Telephone Number |
| Email Address  gilino@yahoo.com | Email Address |
| Date of Signature and Report  May 06, 2010 | Date of Signature |
| Effective Date of Appraisal  MAY 06, 2010 | State Certification # |
| State Certification # | or State License # |
| or State License #  AR028474 | State |
| or Other (describe)  State # | Expiration Date of Certification or License |
| State  CA | |
| Expiration Date of Certification or License  11/15/2009 | **SUBJECT PROPERTY** |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 5071 ALDAMA ST | Date of Inspection |
| LOS ANGELES, CA 90042-3220 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $  279,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | **COMPARABLE SALES** |
| Company Name  LEONORA DEPTOWICZ | |
| Company Address | ☐ Did not inspect exterior of comparable sales from street |
| | ☐ Did inspect exterior of comparable sales from street |
| Email Address | Date of Inspection |

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report

DEPTOWICZ
File # 1581-2010

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 5071 ALDAMA ST | 5026 MERIDIAN ST. | | 5356 IRVINGTON PL. | | | |
| | LOS ANGELES, CA 90042-3220 | LOS ANGELES, CA 90042 | | LOS ANGELES, CA 90042 | | | |
| Proximity to Subject | | 0.64 miles N | | 0.30 miles NE | | | |
| Sale Price | $ N/A | | $ 305,000 | | $ 260,000 | | $ |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 307.77 sq.ft. | | $ 236.79 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | NDC/DQ/MLS#P717138 3 DOM | | NDC/DQ/MLS#22133303 15 DOM | | | |
| Verification Source(s) | | APN#5476-016-007 REO | | APN#5469-026-021 REO | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | CONVENTIONAL | | CONVENTIONAL | | | |
| Concessions | | DOC#0261341 | | DOC#0514834 | | | |
| Date of Sale/Time | | 02/26/2010 | | 04/15/2010 | | | |
| Location | AVERAGE | AVERAGE+ | -10,000 | AVERAGE | | | |
| Leasehold/Fee Simple | Fee Simple | FEE SIMPLE | | FEE SIMPLE | | | |
| Site | 4,800 | 5200 | | 4922 | | | |
| View | NONE | NONE | | NONE | | | |
| Design (Style) | CRAFTSMAN | CRAFTSMAN | | CRAFTSMAN | | | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | | |
| Actual Age | 88/1922 | 89/1921 | | 97/1913 | | | |
| Condition | AVERAGE | AVERAGE | | BELOW AVG. | +10,000 | | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 7 / 3 / 2 | 6 / 2 / 2 | +10,000 | 6 / 2 / 1 | +15,000 | / / | |
| Gross Living Area | 1,174 sq.ft. | 991 sq.ft. | +13,725 | 1,098 sq.ft. | 0 | sq.ft. | |
| Basement & Finished | N/A | N/A | | N/A | | | |
| Rooms Below Grade | N/A | N/A | | N/A | | | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | | |
| Heating/Cooling | WALL/WALL | WALL/WALL | | WALL/NONE | | | |
| Energy Efficient Items | INSULATION | INSULATION | | INSULATION | | | |
| Garage/Carport | 1 CAR GARAGE | 1 CAR GARAGE | | 1 CAR GARAGE | | | |
| Porch/Patio/Deck | PORCH | PORCH | | PORCH | | | |
| FIREPLACE | NO FIREPLACE | NO FIREPLACE | | NO FIREPLACE | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 13,725 | ☒ + ☐ - | $ 25,000 | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj. 4.5 % | | Net Adj. 9.6 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 11.1 % | $ 318,725 | Gross Adj. 9.6 % | $ 285,000 | Gross Adj. % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | NO PRIOR SALE | 12/17/2009 | 07/20/2009 | |
| Price of Prior Sale/Transfer | FOR THE LAST 36 MONTHS | $526,093 | $240,000 | |
| Data Source(s) | NDC/DQ | NDC/DOC#1921260 | NDC/DOC#1089280 | |
| Effective Date of Data Source(s) | 05/2010 | 05/2010 | 05/2010 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Freddie Mac Form 70 March 2005

Fannie Mae Form 1004 March 2005

## MULTI-PURPOSE SUPPLEMENTAL ADDENDUM
## FOR FEDERALLY RELATED TRANSACTIONS

Gil De Guzman

| Borrower/Client | LEONORA DEPTOWICZ | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5071 ALDAMA ST | | | | | |
| City | LOS ANGELES | County | LOS ANGELES | State | CA | Zip Code 90042-3220 |
| Lender | LEONORA DEPTOWICZ | | | | | |

This Multi-Purpose Supplemental Addendum for Federally Related Transactions was designed to provide the appraiser with a convenient way to comply with the current appraisal standards and requirements of the Federal Deposit Insurance Corporation (FDIC), the Office of the Comptroller of Currency (OCC), the Office of Thrift Supervision (OTS), the Resolution Trust Corporation (RTC), and the Federal Reserve.

---

**This Multi-Purpose Supplemental Addendum is for use with any appraisal. Only those statements which have been checked by the appraiser apply to the property being appraised.**

---

### ☒ PURPOSE & FUNCTION OF APPRAISAL

The purpose of the appraisal is to estimate the market value of the subject property as defined herein. The function of the appraisal is to assist the above-named Lender in evaluating the subject property for lending purposes. This is a federally related transaction.

### ☒ EXTENT OF APPRAISAL PROCESS

☒ The appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales within the subject market area. The original source of the comparables is shown in the Data Source section of the market grid along with the source of confirmation, if available. The original source is presented first. The sources and data are considered reliable. When conflicting information was provided, the source deemed most reliable has been used. Data believed to be unreliable was not included in the report nor used as a basis for the value conclusion.

☒ The Reproduction Cost is based on MARSHALL & SWIFT RESIDENTIAL HANDBOOK
supplemented by the appraiser's knowledge of the local market.

☒ Physical depreciation is based on the estimated effective age of the subject property. Functional and/or external depreciation, if present, is specifically addressed in the appraisal report or other addenda. In estimating the site value, the appraiser has relied on personal knowledge of the local market. This knowledge is based on prior and/or current analysis of site sales and/or abstraction of site values from sales of improved properties.

☒ The subject property is located in an area of primarily owner-occupied single family residences and the Income Approach is not considered to be meaningful. For this reason, the Income Approach was not used.

☐ The Estimated Market Rent and Gross Rent Multiplier utilized in the Income Approach are based on the appraiser's knowledge of the subject market area. The rental knowledge is based on prior and/or current rental rate surveys of residential properties. The Gross Rent Multiplier is based on prior and/or current analysis of prices and market rates for residential properties.

☐ For income producing properties, actual rents, vacancies and expenses have been reported and analyzed. They have been used to project future rents, vacancies and expenses.

### ☒ SUBJECT PROPERTY OFFERING INFORMATION

According to DataQuick/Multi-Listing Service/National Data Collective the subject property:
☒ has not been offered for sale in the past: ☐ 30 days ☒ 1 year ☐ 3 years.
☐ is currently offered for sale for $
☐ was offered for sale within the past: ☐ 30 days ☐ 1 year ☐ 3 years    for $
☐ Offering information was considered in the final reconciliation of value.
☐ Offering information was not considered in the final reconciliation of value.
☐ Offering information was not available. The reasons for unavailability and the steps taken by the appraiser are explained later in this addendum.

### ☒ SALES HISTORY OF SUBJECT PROPERTY

According to DataQuick/Multi-Listing Service/National Data Collective the subject property:
☒ Has not transferred ☐ in the past twelve months. ☒ in the past thirty-six months. ☐ in the past 5 years.
☐ Has transferred ☐ in the past twelve months. ☒ in the past thirty-six months. ☐ in the past 5 years.
☐ All prior sales which have occurred in the past 3 years are listed below and reconciled to the appraised value, either in the body of the report or in the addenda.

| Date | Sales Price | Document # | Seller | Buyer |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### ☒ FEMA FLOOD HAZARD DATA

☒ Subject property is not located in a FEMA Special Flood Hazard Area.
☐ Subject property is located in a FEMA Special Flood Hazard Area.

| Zone | FEMA Map/Panel # | Map Date | Name of Community |
|---|---|---|---|
| X | 060137/06037C/1627F | 9/26/2008 | HIGHLAND PARK |

☐ The community does not participate in the National Flood Insurance Program.
☒ The community does participate in the National Flood Insurance Program.
☒ It is covered by a regular program.
☐ It is covered by an emergency program.

Form MPA3 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## ☒ CURRENT SALES CONTRACT

☒ The subject property is currently not under contract.
☐ The contract and/or escrow instructions were not available for review. The unavailability of the contract is explained later in the addenda section.

☐ The contract and/or escrow instructions were reviewed. The following summarizes the contract:

| Contract Date | Amendment Date | Contract Price | Seller |
|---|---|---|---|
| | | | |

☐ The contract indicated that personal property was not included in the sale. _____
☐ The contract indicated that personal property was included. It consisted of _____
                                                                  Estimated contributory value is $ _____ .
☐ Personal property was not included in the final value estimate.
☐ Personal property was included in the final value estimate.
☐ The contract indicated no financing concessions or other incentives.
☐ The contract indicated the following concessions or incentives: _____

☐ If concessions or incentives exist, the comparables were checked for similar concessions and appropriate adjustments were made, if applicable, so
    that the final value conclusion is in compliance with the Market Value defined herein.

## ☒ MARKET OVERVIEW      Include an explanation of current market conditions and trends.

3-6 _____ months is considered a reasonable marketing period for the subject property based on  current marketing and economic condition, as
well as actual sales observed in the area.

## ☒ ADDITIONAL CERTIFICATION

The Appraiser certifies and agrees that:

(1) The analyses, opinions and conclusions were developed, and this report was prepared, in conformity with the Uniform Standards of Professional
    Appraisal Practice ("USPAP"), except that the Departure Provision of the USPAP does not apply.
(2) Their compensation is not contingent upon the reporting of predetermined value or direction in value that favors the cause of the client, the amount
    of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.
(3) This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

## ☒ ADDITIONAL (ENVIRONMENTAL) LIMITING CONDITIONS

The value estimated is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental
environmental conditions unless otherwise stated in this report. The appraiser is not an expert in the identification of hazardous substances or detrimental
environmental conditions. The appraiser's routine inspection of and inquiries about the subject property did not develop any information that indicated
any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively unless otherwise stated
in this report. It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of
hazardous substances or detrimental environmental conditions on or around the property that would negatively affect its value.

## ☐ ADDITIONAL COMMENTS

## ☒ APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION

Appraiser's Signature _____  Effective Date MAY 06, 2010       Date Prepared  May 06, 2010
Appraiser's Name (print)  GIL DE GUZMAN                           Phone #  (323) 255-5355
State  CA _____  ☐ License ____  ☐ Certification #  AR028474 _____  Tax ID # _____

## ☐ CO-SIGNING APPRAISER'S CERTIFICATION

☐ The co-signing appraiser has personally inspected the subject property, both inside and out, and has made an exterior inspection of all comparable sales
    listed in the report. The report was prepared by the appraiser under direct supervision of the co-signing appraiser. The co-signing appraiser accepts
    responsibility for the contents of the report including the value conclusions and the limiting conditions, and confirms that the certifications apply
    fully to the co-signing appraiser.
☐ The co-signing appraiser has not personally inspected the interior of the subject property and:
☐    has not inspected the exterior of the subject property and all comparable sales listed in the report.
☐    has inspected the exterior of the subject property and all comparable sales listed in the report.
☐ The report was prepared by the appraiser under direct supervision of the co-signing appraiser. The co-signing appraiser accepts responsibility for the
    contents of the report, including the value conclusions and the limiting conditions, and confirms that the certifications apply fully to the co-signing
    appraiser with the exception of the certification regarding physical inspections. The above describes the level of inspection performed by the
    co-signing appraiser.
☐ The co-signing appraiser's level of inspection, involvement in the appraisal process and certification are covered elsewhere in the addenda section
    of this appraisal.

## ☐ CO-SIGNING APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION

Co-Signing
Appraiser's Signature _____  Effective Date _____   Date Prepared _____
Co-Signing Appraiser's Name (print) _____       Phone # _____
State _____  ☐ License ____  ☐ Certification # _____   Tax ID # _____

Form MPA3 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

### Subject Photo Page

| Borrower/Client | LEONORA DEPTOWICZ | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5071 ALDAMA ST | | | | | |
| City | LOS ANGELES | County | LOS ANGELES | State | CA | Zip Code 90042-3220 |
| Lender | LEONORA DEPTOWICZ | | | | | |



**Subject Front**

5071 ALDAMA ST
| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 1,174 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | AVERAGE |
| View | NONE |
| Site | 4,800 |
| Quality | AVERAGE |
| Age | 88/1922 |



**Subject Rear**



**Subject Street**

## Photograph Addendum

| Borrower/Client | LEONORA DEPTOWICZ | | | | |
|---|---|---|---|---|---|
| Property Address | 5071 ALDAMA ST | | | | |
| City | LOS ANGELES | County | LOS ANGELES | State CA | Zip Code 90042-3220 |
| Lender | LEONORA DEPTOWICZ | | | | |



LIVING ROOM



KITCHEN



DINING AREA

**Comparable Photo Page**

| Borrower/Client | LEONORA DEPTOWICZ | | | | |
|---|---|---|---|---|---|
| Property Address | 5071 ALDAMA ST | | | | |
| City | LOS ANGELES | County | LOS ANGELES | State CA | Zip Code 90042-3220 |
| Lender | LEONORA DEPTOWICZ | | | | |



Comparable **1**

1051 N. AVENUE 49
| | |
|---|---|
| Prox. to Subject | 0.52 miles NW |
| Sale Price | 279,000 |
| Gross Living Area | 1,174 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | AVERAGE |
| View | NONE |
| Site | 5520 |
| Quality | SIMILAR |
| Age | 89/1921 |



Comparable **2**

1326 ARMADALE AVE.
| | |
|---|---|
| Prox. to Subject | 0.66 miles NW |
| Sale Price | 277,000 |
| Gross Living Area | 1,011 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1 |
| Location | AVERAGE+ |
| View | CITY LIGHTS |
| Site | 5840 |
| Quality | AVERAGE |
| Age | 80/1930 |



Comparable **3**

1024 N. AVENUE 57
| | |
|---|---|
| Prox. to Subject | 0.91 miles NE |
| Sale Price | 290,000 |
| Gross Living Area | 1,247 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | AVERAGE |
| View | NONE |
| Site | 4900 |
| Quality | AVERAGE |
| Age | 87/1923 |

**Comparable Photo Page**

| Borrower/Client | LEONORA DEPTOWICZ | | | | |
|---|---|---|---|---|---|
| Property Address | 5071 ALDAMA ST | | | | |
| City | LOS ANGELES | County | LOS ANGELES | State CA | Zip Code 90042-3220 |
| Lender | LEONORA DEPTOWICZ | | | | |



Comparable **4**

5026 MERIDIAN ST.

| Prox. to Subject | 0.64 miles N |
|---|---|
| Sale Price | 305,000 |
| Gross Living Area | 991 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | AVERAGE+ |
| View | NONE |
| Site | 5200 |
| Quality | AVERAGE |
| Age | 89/1921 |



Comparable **5**

5356 IRVINGTON PL.

| Prox. to Subject | 0.30 miles NE |
|---|---|
| Sale Price | 260,000 |
| Gross Living Area | 1,098 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1 |
| Location | AVERAGE |
| View | NONE |
| Site | 4922 |
| Quality | AVERAGE |
| Age | 97/1913 |

Comparable **6**

| Prox. to Subject | |
|---|---|
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Building Sketch

| Borrower/Client | LEONORA DEPTOWICZ | | | |
|---|---|---|---|---|
| Property Address | 5071 ALDAMA ST | | | |
| City | LOS ANGELES | County LOS ANGELES | State CA | Zip Code 90042-3220 |
| Lender | LEONORA DEPTOWICZ | | | |



**1 Car Detached**
[315 Sq ft]

15ft / 21ft / 21ft / 15ft

**Bath** — 5ft 5ft / 18ft
4ft 6ft
**Bedroom** — 17ft

**Kitchen**
**Closet**
**Bath**
**Bedroom** — 28ft
**Dining**
**Closet**
**Living**
**Bedroom**

34ft

**Open Porch**
[91 Sq ft] 7ft
13ft

**First Floor**
[1174 Sq ft]

**Area Calculations Summary**

| Living Area | | Calculation Details |
|---|---|---|
| First Floor | 1174 Sq ft | 28 × 28 = 764 |
| | | 17 × 18 = 306 |
| | | 5 × 6 = 30 |
| | | 9 × 6 = 54 |
| **Total Living Area (Rounded):** | **1174 Sq ft** | |
| **Non-living Area** | | |
| 1 Car Detached | 315 Sq ft | 15 × 21 = 315 |
| Open Porch | 91 Sq ft | 13 × 7 = 91 |

Main File No. 1581-2010  Page #19

**PLAT MAP**

| Borrower/Client | LEONORA DEPTOWICZ | | | | |
|---|---|---|---|---|---|
| Property Address | 5071 ALDAMA ST | | | | |
| City | LOS ANGELES | County | LOS ANGELES | State | CA | Zip Code | 90042-3220 |
| Lender | LEONORA DEPTOWICZ | | | | |



## Location Map

| Borrower/Client | LEONORA DEPTOWICZ | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5071 ALDAMA ST | | | | | |
| City | LOS ANGELES | | County | LOS ANGELES | State | CA | Zip Code | 90042-3220 |
| Lender | LEONORA DEPTOWICZ | | | | | |



## Supplemental Addendum

File No. 1581-2010

| Borrower/Client | LEONORA DEPTOWICZ | | | | |
|---|---|---|---|---|---|
| Property Address | 5071 ALDAMA ST | | | | |
| City | LOS ANGELES | County | LOS ANGELES | State CA | Zip Code 90042-3220 |
| Lender | LEONORA DEPTOWICZ | | | | |

### PURPOSE OF APPRAISAL

THE PURPOSE OF THE APPRAISAL IS TO PROVIDE AN OPINION OF MARKET VALUE OF THE SUBJECT PROPERTY AS DEFINED IN THE REPORT, ON BEHALF OF THE APPRAISAL COMPANY FACILITATION THE ASSIGNMENT FOR THE REFERENCED LENDER/CLIENT AS THE INTENDED USER OF THE REPORT. THE **ONLY** FUNCTION OF THE APPRAISAL IS TO ASSIST THE LENDER/CLIENT MENTIONED IN THIS REPORT IN EVALUATING THE SUBJECT PROPERTY FOR LENDING PURPOSES. THE USE OF THIS APPRAISAL BY ANYONE OTHER THAN THE STATED INTENDED USER, OR FOR ANY OTHER USE THAN THE STATED INTENDED USE, IS PROHIBITED. THE PURPOSE OF THE APPRAISAL IS TO PROVIDE AN OPINION OF MARKET VALUE OF THE SUBJECT PROPERTY, AS DEFINED IN THIS REPORT.

### THE SUBJECT PROPERTY IS LOCATED AT:
5071 ALDAMA ST.
LOS ANGELES, CA. 90042

### THE LEGAL DESCRIPTION IS AS FOLLOWS:
HIGHLAND PARK HEIGHTS TRACT LOT 32

### INTENDED USE/INTENDED USER:

THIS SUMMARY APPRAISAL REPORT IS INTENDED FOR USE BY THE LENDER/CLIENT AND/OR THEIR ASSIGNS FOR A MORTGAGE FINANCE TRANSACTION ONLY. THE REPORT IS NOT INTENDED FOR ANY OTHER USE.

### HISTORY OF PROPERTY

THE PROPERTY LAST TRANSFERRED IN 12/28/2006 DOC#2878434

### SCOPE OF REPORT

THE APPRAISAL IS BASED ON THE INFORMATION GATHERED BY THE APPRAISER FROM PUBLIC RECORDS, OTHER IDENTIFIED SOURCES, INSPECTION OF THE SUBJECT PROPERTY AND NEIGHBORHOOD, AND SELECTION OF COMPARABLE SALES,LISTINGS AND/OR RENTALS WITHIN THE SUBJECT MARKET AREA. THE ORIGINAL SOURCE OF THE COMPARABLES IS SHOWN IN THE DATA SOURCE SECTION OF MARKET GRID ALONG WITH THE SOURCE OF CONFIRMATION, IF AVAILABLE. THE ORIGINAL SOURCE IS PRESENTED FIRST. THE SOURCES AND DATE ARE CONSIDERED RELIABLE. WHEN CONFLICTING INFORMATION WAS PROVIDED, THE SOURCE DEEMED RELIABLE HAS BEEN USED. DATA BELIEVE TO BE UNRELIABLE WAS NOT INCLUDED IN THE REPORT NOR USED AS A BASIS FOR THE VALUE CONCLUSION. THE EXTENT OF ANALYSIS APPLIED TO THE ASSIGNMENT MAY BE FURTHER IMPARTED WITHIN THE REPORT, THE APPRAISER'S CERTIFICATION BELOW AND/OR ANY OTHER STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION SUCH AS MAY BE UTILIZED WITHIN THE FREDDIE MAC FORM 439 OR FANNIE MAE 1008 (DATED 6/93), WHEN APPLICABLE.

### SITE COMMENTS

DUE TO INCOMPLETE, AND SOMETIMES INACCURATE FLOOD DATA INFORMATION AVAILABLE TO THE APPRAISER, IT IS RECOMMENDED THAT THE REQUIRED LENDER FLOOD CERTIFICATION IS RELIED UPON. IT IS ASSUMED FOR THE PURPOSE OF VALUATION, THAT THE SUBJECT IS NOT IN A FLOOD ZONE, HOWEVER, NO WARRANTIES ARE IMPLIED. NO ADVERSE EASEMENTS (NORMAL PUBLIC UTILITY EASEMENTS EXIST), ENCROACHMENT OR OTHER CONDITIONS WERE NOTED. NO SOIL SUBSTANCE OR OTHER VISIBLE PROBLEMS WERE EVIDENT, INCLUDING ADVERSE ENVIRONMENTAL CONDITION. HOWEVER, IT SHOULD BE NOTED THAT THE APPRAISER IS NOT A QUALIFIED EXPERT IN THESE FIELDS AND CAN NOT RENDER A PROFESSIONAL OPINION ON SAME, NO WARRANTIES IMPLIED.

### SALES COMPARISON:

THE MARKET ADJUSTMENT ARE BASED UPON THE MARKET, AND AS SUCH, MAY DIFFER FROM ACTUAL COST. ALL OF THE COMPARABLES ARE CONSIDERED TO BE COMPETING PROPERTIES WITHIN THE SAME MARKET AREA AND WERE SELECTED TO "RANGE IN" THE SUBJECT VALUE. THE APPRAISER MADE AN EXTENSIVE SEARCH FOR THE BEST AVAILABLE SIMILAR PROPERTIES TO BEST REPRESENTS THE SUBJET'S MOST PROBABLE MARKET VALUE AT THE TIME OF APPRAISAL. THE APPRAISER SEARCHED THE LOCAL MULTIPLE LISTINGS AND PUBLIC RECORDS FOR RECENT SALES. ADJUSTMENT WERE MADE TO THE COMPARABLES IN ORDER TO ISOLATE THE ACTUAL CONTRIBUTORY VALUE OF EACH ITEM.

### CASH EQUIVALENCY:

UNLESS OTHERWISE STATE IN THIS REPORT, ALL SALES ARE CONSIDERED CASH EQUIVALENT. ALL COMPARABLE SALES WERE FINANCED THROUGH LOCAL MORTGAGE LENDERS AT MARKETS RATES, AND DO NOT APPEAR TO HAVE SPECIAL CONDITIONS OF SALE.

## Supplemental Addendum

File No. 1581-2010

| Borrower/Client | LEONORA DEPTOWICZ | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 5071 ALDAMA ST | | | | | | |
| City | LOS ANGELES | | County | LOS ANGELES | State | CA | Zip Code 90042-3220 |
| Lender | LEONORA DEPTOWICZ | | | | | | |

**COMPARABLE ANALYSIS:**

A THOROUGH SEARCH OF SUBJECT'S DEFINED NEIGHBORHOOD WAS MADE FOR THE MOST RECENT SALES DATA WITH SIMILAR QUALITIES AND CHARACTERISTICS AS THE SUBJECT PROPERTY. MULTIPLE LISTING SERVICE (MLS), AND PUBLIC RECORDS (AS REPORTED BY NDC DATA) REVEALED AN ADEQUATE NUMBER OF COMPETITIVE SALES AND LISTING INFORMATION. THE DATA SOURCES USED IN THIS REPORT, NDC DATA, DATAQUICK AND MLS , ARE CONSIDERED "SECONDARY DATA SOURCES" AND DEEMED RELIABLE. CONFLICTING DETAILED INFORMATION BETWEEN PUBLIC RECORDS AND THAT WHICH IS REPORTED BY MLS, WHEN DEEMED RELIABLE, MLS IS GIVEN PRIMARY CONSIDERATION.

ALL LINE ADJUSTMENTS ARE BASED ON EITHER COST NEW MINUS DEPRECIATION, PAIRED SALES ANALYSIS, MARKET DATA, AND/OR THE APPRAISERS KNOWLEDGE OF THE SUBJECT'S MARKET AREA AND HISTORICAL DATA. ALL ADJUSTMENT ARE CONSIDERED REASONABLE AND REFLECTIVE OF MARKET CONDITION.

THE COMPARABLE DATA SELECTED IS CONSIDERED TO BE THE MOST RELIABLE INDICATORS OF MARKET VALUE AND THE BEST AVAILABLE AT TIME OF INSPECTION. EQUAL WEIGHT WAS GIVEN TO ALL COMPARABLES AS THEY APPEARED TO BE MOST SIMILAR OVERALL TO SUBJECT'S CHARACTERISTICS. MY OPINION OF MARKET VALUE IS BASED ON CURRENT MARKET CONDITIONS, WITH REASONABLE MARKETING TIME OF 3 TO 4 MONTHS, AND ASSUMES PROFESSIONAL MARKETING BY REPUTABLE LOCAL LICENSED REAL ESTATE BROKER/AGENT.

**"ALL ELECTRONIC SIGNATURES ON THIS REPORT HAVE A SECURITY FEATURE MAINTAINED BY INDIVIDUAL PASSWORDS FOR EACH SIGNING APPRAISER. NO PERSON CAN ALTER THE APPRAISAL WITH THE EXCEPTION OF THE ORIGINAL SIGNING APPRAISER(S).**

# Debtors' Schedule D

# Exhibit "C"

B6D (Official Form 6D) (12/07)

In re    **Leonora L. Deptowicz,**                                    Case No.  __2:10-bk-27201-EC__
         **John Dennis Robert Deptowicz**
                                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| **Account No. xxxxx3719** | | | | | Dec 2006 **First Mortgage** Primary residence at 5071 Aldama Street, Los Angeles CA 90042 Valuation based on certified appraisal; Debtors will file motion to avoid second mortgage of GreenPoint Mortgage/Green Tree Servicing, LLC | | | | | |
| **BAC Home Loans Servicing, LP** PO Box 10219 Van Nuys, CA 91410-0219 | | | C | | | | | | | |
| | | | | | Value $          320,000.00 | | | | 367,353.00 | 47,353.00 |
| **Account No. xxxxx7371** | | | | | Dec 2006 **Second Mortgage** Primary residence at 5071 Aldama Street, Los Angeles CA 90042 Valuation based on certified appraisal; Debtors will file motion to avoid second mortgage of GreenPoint Mortgage/Green Tree Servicing, LLC | | | | | |
| **GreenPoint Mortgage Funding** P.O. Box 84013 Columbus, GA 31908-4013 | | | C | | | | | | | |
| | | | | | Value $          320,000.00 | | | | 88,830.84 | 88,830.84 |
| **Account No. xxx2665** | | | | | Nov 2007 **Fee Simple** **Burial Plots @ Lot 10306, Space 3-4** | | | | | |
| **Hollywood Hills, Loving Kindness Forest Lawn Mortuaries** 6300 Forest Lawn Drive Los Angeles, CA 90068 | | | C | | | | | | | |
| | | | | | Value $          Unknown | | | | Unknown | Unknown |
| **Account No. xx-x7295** | | | | | Sept 2003 **Deed of Trust** **Vacation Timeshare with Polo Towers, Las Vegas, Unit 909** Polo Towers, 3745 Las Vegas Blvd. So., Las Vegas, NV 89109 | | | | | |
| **Polo Towers** 3745 Las Vegas Blvd. So. Las Vegas, NV 89109 | | | C | | | | | | | |
| | | | | | Value $          Unknown | | | | Unknown | Unknown |

__0__    continuation sheets attached

|  | Subtotal (Total of this page) | 456,183.84 | 136,183.84 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 456,183.84 | 136,183.84 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of 18 and not a party to the within action. My business mailing address is Diaz Law Firm, P.O. Box 1680, West Covina, CA 91793.

On __June 17, 2010__, I served the following document described as **COMPLAINT FOR DECLARATORY RELIEF AND TO REMOVE DEFENDANTS' LIEN PURSUANT TO 11 U.S.C. §506(a)** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

### *Please See Attached Service List*

[ X ] **BY MAIL:** I enclosed a copy in separate envelopes, with postage fully prepaid, addressed to each addressee named below, and deposited each sealed envelope with the United States Postal Service in Los Angeles, California, for delivery as addressed above.

[ ] **BY OVERNIGHT SHIPPING:** I caused such envelope(s) to be delivered via the above-checked shipper to the addressee(s) designated herein.

[ ] **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

[ ] **BY FACSIMILE:** I caused said documents(s) to be transmitted to the facsimile number(s) of the addressee(s) designated as follows:

[ ] **BY ELECTRONIC MAIL:** I caused said documents(s) to be transmitted to the electronic mail address(s) of the addressee(s) designated as follows:

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June _17_, 2010, at Los Angeles, California.

Cheryl Deptowicz-Diaz

# SERVICE LIST

Leonora and John Deptowicz
5071 Aldama Street
Los Angeles, CA 90042

The Honorable Ellen Carroll
U.S. Bankruptcy Court – Central District
255 E. Temple Street, Crtrm 1639
Los Angeles, CA 90012

Chapter 13 Trustee, Kathy A. Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

*Via Certified Mail/Return Receipt Requested*
GreenPoint Mortgage Funding
P.O. Box 84013
Columbus, GA 31908-4013

*Via Certified Mail/Return Receipt Requested*
GreenPoint Mortgage Funding
c/o Agent for Service of Process
CSC Lawyers Incorporating Service
2730 Gateway Oaks Dr., Stw 100
Sacramento, CA 95833

*Via Certified Mail/Return Receipt Requested*
Green Tree Servicing, LLC
7630 South Kyrene Road
Tempe, AZ 85283-8432

*Via Certified Mail/Return Receipt Requested*
Green Tree Servicing, LLC
c/o Agent for Service of Process
818 W. Seventh Street
Los Angeles, CA 90017