| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Cheryl Deptowicz-Diaz (SBN 250750)<br>Diaz Law Firm<br>P.O. Box 1680<br>West Covina, CA 91793<br>Tel: (213) 820-0346; Facsimile (800) 343-2957<br><br>*Attorney for Plaintiff* Leonora L. and John Dennis Robert Deptowicz | RECEIVED<br>JUN 17 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:             Deputy Clerk |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Leonora L. Deptowicz and<br>John Dennis Robert Deptowicz<br><br>Debtor. | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-27201-EC<br><br>ADVERSARY NUMBER 10-2086 EC |
|---|---|
| Leonora L. Deptowicz and<br>John Dennis Robert Deptowicz                 Plaintiff(s),<br><br>vs.<br><br>GreenPoint Mortgage Funding, its assignees and successors; Green Tree Servicing LLC, its assignees and successors; DOE Company 1-5; DOES 1-5, inclusive<br>Defendant(s). | (The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _7-21-10_, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

Hearing Date: _9-22-10_  Time: _1:00 p.m._  Courtroom: _1639_  Floor: _16th_

- ☒ 255 East Temple Street, Los Angeles
- ☐ 411 West Fourth Street, Santa Ana
- ☐ 21041 Burbank Boulevard, Woodland Hills
- ☐ 1415 State Street, Santa Barbara
- ☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _6-21-10_

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____
      Deputy Clerk

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)                                                                              F 7004-1